

**DEPARTMENT OF THE ARMY**

U. S. ARMY AVIATION LOGISTICS SCHOOL

FORT EUSTIS, VIRGINIA  23604

REPLY TO
ATTENTION OF:

6 September 1990

To Whom It May Concern:

    Ms. Michelle Holt has provided typing support to the Reserve Component Branch, Directorate of Training and Doctrine, US Army from 14 August 1989 to the present time.  She typed all documents accurately and efficiently, insuring correct format and grammar.  Ms. Holt has worked virtually unsupervised and at no time has her work been returned for correction. Furthermore, one of Ms. Holt's most valuable assets is her "Can-Do" attitude.  She has the talent to organize, prioritize, and work under pressure while maintaining a calm and pleasant attitude.

    Consequently, Ms. Holt's value to the Army has not been unrecognized.  She recently received an On-the-Spot Cash Award for her exemplary work involving the preparation of 137 Reserve Component lesson plans and related training materials.

    Furthermore, I do not hesitate to give Ms. Holt an unqualified recommendation.  I believe that she will be an asset to any organization.

Sincerely,

*William Morris*

Major William Morris

## INCENTIVE AWARD NOMINATION AND APPROVAL
For use of this form, see AR 672-20; the proponent agency is Office of the Deputy Chief of Staff for Personnel.

### PART I - TO BE COMPLETED BY OPERATING OFFICE

| 1. EMPLOYEE'S LAST NAME - FIRST NAME - MI | 2. SOCIAL SECURITY NO. | 3. ORGANIZATION |
|---|---|---|
| HOLT MICHELLE M. | 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 | USAALS, DOTD (DATT) |

| 4. PRESENT POSITION TITLE GRADE AND SALARY | 5. POSITION HELD DURING PERIOD COVERED IN NOMINATION (If other than that shown in Item 4) |
|---|---|
| GS 0322-3 Clerk Typist (TEMP) | same |

6. **TYPE OF AWARD RECOMMENDED AND JUSTIFICATION**

Furnish on reverse side or on an attached sheet of 8" x 10½" paper a factual statement of what the employee has done to warrant consideration for an award, indicating benefits resulting from the employee's performance and significance of special act or service. Include specific data required by applicable regulations for the type of award recommended. Attach a draft of a proposed citation to be included on commendation certificate written in the third person, and not exceeding 90 words.

| a. | HONORARY | | b. | MONETARY | |
|---|---|---|---|---|---|
| CERTIFICATE OF ACHIEVEMENT | DECORATION FOR EXCEPTIONAL CIVILIAN SERVICE | | QUALITY INCREASE TO: $          P.A | DATES FROM: TO: | |
| CERTIFICATE OF APPRECIATION FOR PATRIOTIC CIVILIAN SERVICE | DEPARTMENT OF DEFENSE DISTINGUISHED CIVILIAN SERVICE AWARD | | SUSTAINED SUPERIOR PERFORMANCE | DATES FROM: TO: | |
| MERITORIOUS CIVILIAN SERVICE AWARD | PRESIDENTIAL AWARD | | | | |
| X | OTHER (Specify) On the Spot Cash Award - $250.00 | | SPECIAL ACT OR SERVICE | DATE | |

7. **NOMINATING OFFICIALS**

| TYPED NAME AND TITLE | EXTENSION NO. | SIGNATURE | DATE |
|---|---|---|---|
| Morrene M. Grina, Supv | 878-5693 | *Morrene M. Grina* | 29 Aug 90 |
| SCOTT R. WILCOX, LTC, AV Dir, DATT | 878-5693 | *Scott R. Wilcox* | 29 Aug 90 |

### PART II - TO BE COMPLETED BY CIVILIAN PERSONNEL OFFICE

8. TYPE AND DATE OF INCENTIVE AWARDS GRANTED DURING PAST YEAR (Except Length of Service and Suggestion Awards)

### PART III - TO BE COMPLETED BY LOCAL INCENTIVE AWARDS COMMITTEE

9. ☐ RECOMMEND APPROVAL OF AWARDS AS FOLLOWS:          10. ☐ DISAPPROVED

| CERTIFICATE OF ACHIEVEMENT | CERTIFICATE OF APPRECIATION FOR PATRIOTIC CIVILIAN SERVICE | QUALITY INCREASE | SUSTAINED SUPERIOR PERFORMANCE | MERITORIOUS CIVILIAN SERVICE AWARD |
|---|---|---|---|---|
| DECORATION FOR EXCEPTIONAL CIVILIAN SERVICE | SPECIAL ACT OR SERVICE | DEPARTMENT OF DEFENSE DISTINGUISHED CIVILIAN SERVICE AWARD | PRESIDENTIAL AWARD | OTHER (Specify) |

**COMPLETE FOR MONETARY AWARDS RECOMMENDED**

| AMOUNT RECOMMENDED $ | TANGIBLE MONETARY BENEFITS $ | ☐ INTANGIBLE BENEFITS $ | ESTIMATED FIRST YEAR SAVINGS $ |
|---|---|---|---|
| 11. DATE | TYPED NAME OF LOCAL COMMITTEE CHAIRMAN | SIGNATURE | |

### PART IV - TO BE COMPLETED BY APPROPRIATE APPROVING AUTHORITY(IES)

| ACTION LEVEL | APPROVED (If monetary, indicate amount) | DIS-APPROVED | ADDITIONAL CASH AWARD | SIGNATURE, TITLE AND DATE |
|---|---|---|---|---|
| 12. INSTALLATION COMMANDER OR DESIGNATED REPRESENTATIVE | | | | |
| 13. MAJOR COMMAND REVIEW COMMITTEE | | | | WILLIAM J. BLAIR COL, AV Assistant Commandant |
| 14. COMMANDER OF MAJOR COMMAND OR DESIGNATED REPRESENTATIVE | | | | |
| 15. DEPARTMENT OF THE ARMY INCENTIVE AWARDS BOARD | | | | |

**DA FORM 1256, OCT 75**          PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

GPO : 1987 O - 188-258 (40509)

ON THE SPOT CASH AWARD - MICHELLE HOLT

Michelle was assigned to DATT to assist in the word processing
of the Reserve Component training material to help alleviate
a significant back log that jeopardized the installation contract
deadline.

Ms. Holt personally prepared in excess of 137 lesson plans
and support material working under extreme pressure and very
short suspenses.  Her cheerful attitude and willingness to
assist others enabled this department to meet the suspense
and complete the mission.  Her expertise in the administrative
field is above and beyond that of her peers.

DA FORM 4592, DEC 82

# DEPARTMENT OF THE ARMY

UNITED STATES OF AMERICA

# Certificate of Promotion



MICHELLE M. HOLT

has been promoted to

GS-04

This promotion recognizes demonstrated ability
and is a credit to both the individual and the Army.

15 June 1991

**Effective Date**

WILLIAM J. BLAIR
Colonel, Aviation
Assistant Commandant



**DEPARTMENT OF THE AIR FORCE**

ACC COMPUTER SYSTEMS SQUADRON (ACC)
LANGLEY AIR FORCE BASE, VIRGINIA

22 NOV 1994

MEMORANDUM FOR MS MICHELLE HOLT

FROM: CC

SUBJECT: Letter of Commendation--ACC CSS Civilian of the Quarter, GS 3-8

I take this opportunity to commend you on being selected as the ACC Computer Systems
Squadron Junior Civilian of the Quarter. Your outstanding duty performance, coupled
with self-improvement accomplishments and community support, placed you above your
peers and earned you this award. Your dedication and commitment make you a positive
role model for all those with whom you come in contact.

As a quarterly winner, you are also eligible to compete with other quarterly winners for
our Civilian of the Year Award. I congratulate you on your achievements and am proud
to recognize you as an outstanding member of the ACC CSS family.

A copy of this letter will be placed in your official personnel folder.

DUANE E. BENDER, JR.
Colonel, USAF
Commander

cc: OPF

*Global Power for America*



# DEPARTMENT OF THE AIR FORCE

PRESENTS THE

## PERFORMANCE AWARD

*Michelle M. Holt*

*In recognition of a demonstrated standard of performance
that is a credit to both you and the Air Force*

JOHN L. WOODWARD, JR., BRIG GEN, USAF

1 September 1994

*Date*

AF FORM 2858, JUN 87



**DEPARTMENT OF THE AIR FORCE**
ACC Computer Systems Squadron (ACC)
LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR Ms Michelle Holt                    2 2 DEC 1994

FROM:  CC

SUBJECT:  Letter of Appreciation

I would like to pass on my sincere appreciation to you for making the 1994 Computer

Systems Squadron Holiday party such an outstanding event.   Your contributions as a

committee member were key to the party's huge success.   Over 250 people attended and

had one of their most memorable times ever.   Thank you for your dedication and hard

work.

DUANE E. BENDER, JR.
Colonel, USAF
Commander



# DEPARTMENT OF THE AIR FORCE
### ACC COMPUTER SYSTEMS SQUADRON
### LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR  MICHELLE HOLT                              '2 2 NOV 1994

FROM:  CD

SUBJECT:  Letter of Appreciation

I would like to pass on my sincere appreciation to you for making the 1994 Computer Systems

Squadron summer picnic such an outstanding event.  Your contributions as a committee member

were key to the picnic's huge success.  Over 300 people attended and had one of their most

memorable times ever.  Thank you for your dedication and hard work.

CHARLES E. BAUMAN
Senior Director

*Global Power For America*

RC

HEADQUARTERS
AIR COMBAT COMMAND

DIRECTORATE
COMMUNICATIONS-COMPUTER SYSTEMS

SUBJECT:  Civilian Performance Awards

Attached is the certificate recognizing your performance award for 1993.  If you are wondering why you are just now getting it, here's why!

We've had some feedback from our civilian team about the lack of visible recognition for their accomplishments.  We probed into this and learned several things:

a.  The civilian personnel flight had stopped generating the certificates.

b.  There's more to recognition than monetary awards.

c.  Our people want some form of recognition that can be displayed for others to see.

Thanks again for your support, we appreciate your hard work, your many accomplishments, and you dedication.  We hope you will proudly display the certificate in your home or office. It is in this spirit that I hope you accept this certificate and display it proudly, if you wish to do so.

WILLIAM J. DONAHUE, Brig Gen, USAF
Director
Communications-Computer Systems

Global Power For America

AF FORM 2858, JUN 87

# DEPARTMENT OF THE AIR FORCE

## PERFORMANCE AWARD

PRESENTS THE



### Holt, Michelle M

*In recognition of a demonstrated standard of performance
that is a credit to both you and the Air Force*

11 JUL 1994

Date

William J. Donahue

WILLIAM J. DONAHUE, Brig Gen, USAF
Director
Communications – Computer Systems

 **ARMED FORCES COMMUNICATIONS AND ELECTRONICS ASSOCIATION** 

28 June 1994

Ms Michelle Holt
1912 CSGP/RC
Langley AFB VA 23665

Dear Ms Holt,

On behalf of the Tidewater Chapter of AFCEA, I offer my sincere gratitude for your part in making our 14th annual symposium an absolute success. We had national leaders as guest speakers, a great variety of interesting displays from C4I defense industries, an excellent turnout at the luncheons and, most important, made more than $16,000 for our scholarship fund.

I received so many personal compliments on the symposium I lost count. Those compliments are a result of your personal interest and hard work. This symposium was hailed by civilian, military, and industry participants as being world-class. In fact, many of the industry participants rated our latest symposium as being organized and run better than most symposiums that are put on by professional organizers! General Loh, Brigadier General Donahue and Mr Gilligan said they were impressed with the quality of the symposium and pleased they could participate.

Bottom line -- because of your efforts, we set a new standard for our annual symposium. The quality and quantity of participants, the educational experience for attendees, and the contributions to our scholarship fund will be a tough task for future symposiums to match.

Again, thanks very much for volunteering and getting the job done. Your work will help a lot of college students pay for their education in the communications and computer career fields.

James M. Amodeo, President
Tidewater Chapter 110



**DEPARTMENT OF THE AIR FORCE**
ACC COMPUTER SYSTEMS SQUADRON (ACC)
LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR SCF                               2 Jul 97

FROM:  CC

SUBJECT:  Letter of Congratulations

It is my pleasure to pass on this letter of congratulations to Ms. Holt for her selection as

Langley's Civilian Apprentice Information Professional of the Quarter.  She has certainly

displayed the highest levels of professionalism, knowledge, and job performance and has

represented the CSS in a fine manner.  Please pass on my sincerest congratulations.

ROBERT S. HILLMER
Colonel, USAF
Commander

Attachment:
1 CS/CC Ltr

*Global Power for America*



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 1ST FIGHTER WING
LANGLEY AIR FORCE BASE VA

1 CS/CC
175 Sweeney Blvd
Langley AFB VA  23665-2798

Michelle M. Holt
HQ ACC CSS/SCFM
37 Elm St Suite 205
Langley AFB VA 23665

Dear Ms Holt

  Congratulations on your selection as the Langley AFB Civilian Apprentice Information Professional of the Quarter.  Your exemplary performance prompted a board of your fellow information managers to single you out as one of Langley's finest team members.  You can be proud of this distinctive accomplishment.  Again, congratulations and best wishes for continued success in all your endeavors.

        Sincerely,

        STEPHEN M. JAMES, Lt Col, USAF
        Commander, 1st Communications Squadron

*Global Power For America*



*ACC Communications Group*
*Langley Air Force Base, Virginia*

6 July 1998

Ms. Michelle M. Holt
HQ ACC CG/CCS
Langley Air Force Base, Virginia  23665

Dear Ms. Holt,

Please accept my personal gratitude for your outstanding support during our recent reorganization. Our transition to the Communications Group couldn't have gone better, and you're one of the reasons for that success. Your professionalism and dedication to excellence was, and is, highly appreciated.

I really appreciate all of your efforts in making the reception for the distinguished visitors such a first-class event. We've started down another road with new challenges and I'm glad you're on my team. The entire day was a great success, and we owe it in part to your involvement.

Again, many thanks for a job well done.

Sincerely,

RONNIE D. HAWKINS, JR., Lt Col, USAF
Commander



**82ⁿᵈ Computer Systems Squadron**
*Langley Air Force Base, Virginia*

*17 July 2000*

Michelle M. Holt
82ⁿᵈ Computer Systems Squadron
Langley Air Force Base, Virginia 23665

Dear Michelle,

Thank you so much for all your help in organizing and running the Change of Command Reception. The food was excellent and the arrangement was beautiful. My family was impressed and delighted. I couldn't have been more proud.

I feel very lucky to be part of an organization with so many wonderful people like you. Thanks again for a job very well done!

Sincerely,

CHARLIE R. YOUNG, Lt Col, USAF
Commander



**Air Combat Command Communications Group**
37 Elm Street, Suite 200
Langley Air Force Base, Virginia 23665-2091

9 April 2007

Ms. Michelle Holt
ACC Communications Group
37 Elm Street
Langley Air Force Base, VA 23665

Dear Ms. Holt,

Please accept my sincere appreciation for your part in the retirement ceremony for Chief Master Sergeant Frank Graham on March 29th, 2007. The professionalism and support you gave helped make the event a huge success. The ACC Communications Group is grateful for individuals like you and is blessed to have the benefit of such a strong support group. Thank you for your dedication and best of luck in your future endeavors.

Sincerely,

ARTHUR G. HATCHER, JR., Colonel, USAF
Commander

*Michelle : Thanks for handling the munitions!*



*Relevant, Responsive, and Ready*

## CIVILIAN PROGRESS REVIEW WORKSHEET

| EMPLOYEE NAME | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| MICHELLE HOLT | ACC CG | 23 OCT 98 | 1 JUL 98 – 30 SEP 98 |

See AFI 36-1001, para 1.8. for instructions.  At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint.  The date of this review will be documented on the AF Form 971, Supervisor's Employee Brief.  This worksheet may be used to further document this review, and may be filled out prior to and/or during the review with the employee.  Use of this form is optional, and is meant to facilitate communication concerning performance.  The process is intended for employee development and to help the individual.  The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period.  Do not forward the form to the personnel flight.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period.  Place an "X" at the appropriate place on the arrowed line.  Use the space provided for any comments.

| | needs significant improvement | needs little or no improvement | Comments |
|---|---|---|---|

### 1. PROGRESS ON PERFORMANCE PLAN ELEMENTS

- Element 1  N/C  DIRECT CALLERS/VISITORS ←————————————X→
- Element 2  N/C  Provides info ←————————————X→
- Element 3  C   MAINTAINS RECORDS ←————————————X→
- Element 4  C   Suspenses ←————————————X→
- Element 5  N/C  Incoming Mail ←————————————X→
- Element 6  C   Security ←————————————X→
- Element 7  C   Edits Material ←————————————X→
- Element "Impact on Mission  8 off Auto S/w  Accomplishment" ←————————X———→

Comments:
- Does VERY WELL – Sometimes HANDLES 3 PHONE LINES or FINDS INFO + VISITORS AT ONCE
- LIST OF ADDL DUTIES, DIRECTORY ETC – DOSE WELL MONTHLY, CONSCIENTIOUS
- TRACKS, ASSIGNS, FOLLOW UP VERY WELL
- DISTRIBUTES W/OUT ANY ASSISTANCE
- VERY CONSCIENTIOUS ABOUT SECURITY
- CHECK BPRS DRCS ETC WHEN CLOSE GOAL – NO NEGATIVE IMPACT – KEEPS THINGS GOING
- CAPABLE ON COMPUTER – NOT INTO COMPLEX WORK

### 2. COOPERATION/RESPONSIVENESS

- Skilled at working with individuals or groups ←————————————X→
- Is an enthusiastic follower ←————————————X→
- Is a skilled leader ←————————————X→

Comments:
- WORKS WELL WITH OTHERS
- SOMETIMES UNPATIENT W/ INCOMPEDENT PEOPLE
- GOOD MORALE BUILDER IN OFFICE
- LEADS WELL, GOOD FOLLOWER LIMITED OPPORTUNITY

### 3. ORGANIZATIONAL SKILLS

- Uses resources effectively ←————————————X→
- Sees future problems and heads them off ←————————————X→
- Plans and schedules work effectively ←————————————X→
- Adapts well to new demands ←————————————X→

Comments:
YES
Strong point – SEES NEEDS – TASKS WHEN NEEDED – KEEPS BOSSES INFORMED
LOTS OF OPPORTUNITY HERE

### 4. COMMUNICATION

- Listens well ←————————————X→
- Effective in oral communication ←————————————X→
- Writes clearly ←————————————X→

Comments:
LISTENS WELL
COMMUNICATIONS WELL – TOUGH ON SOME PEOPLE WHO TESTS
WRITES NOTES TO UNIT WELL  HER PATIENCE

### 5. DUTY PERFORMANCE

- Work is of appropriate quality and quantity ←————————————X→
- Work is timely ←————————————X→

Comments:
GREAT WORK – PRODUCTIVE
ALWAYS ON TIME – ASSIST BOSSES IN SUSPENSES

### 6. THOROUGHNESS

- Completes a job on his/her own ←————————————X→
- Follows up when necessary ←————————————X→

Comments:
- VERY WELL
- STRONG POINT

### 7. ADDITIONAL ITEMS (See AFI 36-1001, Atch 4)

- Accomplishes required items as appropriate ←————————————→
←————————————→

Comments:
GREAT EMPLOYEE – MAKES JOB EASIER FOR BOSS + CO WORKER

| RATER (Supervisor's signature) | EMPLOYEE (Signature Optional) | DATE (YYMMDD) |
|---|---|---|
| Charles C. Baumа | | 23 OCT 98 |

AF FORM 860E

FEEDBACK SHEET
QUARTERLY PERFORMANCE REVIEW/DISCUSSIONS

QUARTER: (1)  2   3   PERIODIC  OTHER          DATE: _24 Jun 98_

RATEE: _MICHELLE HOLT_

## I. Performance Elements and Standards Discussed:

_Outstanding employee, Conscientious, dedicated, loyal, hard-working and shows strong initiative — role-model. Supports office beyond normal expectations. Handles office expertly when all are out of office._

## II. Overall Performance Rating

(Superior)   Excellent   Fully Successful   Minimally Acceptable   Unacceptable

## III. Appraisal Factors/Manner of Performance

|  | Low (1 - 3) | Central (4 - 6) | High (7 - 9) |
|---|---|---|---|
| 1.  Work Effort |  |  | 9 |
| 2.  Adaptability to Work |  |  | 9 |
| 3.  Problem Solving |  |  | 9 |
| 4.  Working Relationships |  |  | 9 |
| 5.  Communications |  |  |  |
|    a.  Listening |  |  | 9 |
|    b.  Speaking |  |  | 9 |
|    c.  Writing |  |  | 9 |
| 6.  Work Productivity |  |  | 9 |
| 7.  Self-sufficiency |  |  | 9 |
| 8.  Skill in Work |  |  | 9 |
| 9.  Work Management |  |  | 9 |

## IV. Appraisal Factors for Supervisors

|  | Low (1 - 3) | Central (4 - 6) | High (7 - 9) |
|---|---|---|---|
| 1.  Sets/Enforces Standards |  |  | N/A |
| 2.  Displays Initiative |  |  | N/A |
| 3.  Self Confident |  |  | N/A |
| 4.  Planning Ability |  |  | N/A |
| 5.  Schedules Effectively/Meets Suspenses |  |  | N/A |
| 6.  Makes timely and Accurate Decisions |  |  | N/A |
| 7.  Retains Composure in Stressful Situations |  |  | N/A |

_[Supervisor's signature]_          _[Michelle Holt signature]_  24 Jun 98
**Supervisor's Signature**          **Employee's Signature**    **Date**

**Comments:**                       **Attachments Included**   Y  (N)

**CIVILIAN PROGRESS REVIEW WORKSHEET**

**PRIVACY ACT STATEMENT**

*Authority:* 10 U.S.C. 8013 and Executive Order 9397.
*Purpose :* The social security number is needed to correctly identify the employee.
*Routine Use:* None
*Disclosure is Voluntary:* However, without it, it may affect the ability to accurately identify the employee and the records.

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| Holt, Michelle M | ACC COMM GP | 20020128 | 20011001 – 20011231 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint.  This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee.  Use of this form is mandatory, and is meant to facilitate communication concerning performance.  The process is intended for employee development and to help the individual.  The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period.  Do not forward the form to the personnel flight.  It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period.  Place an "X" at the appropriate place on the arrowed line.  Use the space provided for any comments *(optional)*.  Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1.  PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | |
| - Element 1 VARIED USE OFFICE S/W | | X | SUPERB USE OF VARIOUS S/W (MS, PPE, CIV PAY...) |
| - Element 2 VARIETY OF REPORTS | | X | EXCELLENT USE OF TOOLS TO COMPOSE DOCS, WEB PAGE |
| - Element 3 SCREENS MAIL/MSGS | | X | BULLETIN BOARD, ROSTER. VERY GOOD AT SCREENING MAIL, EMAIL, ESP COMM GP/CC |
| - Element 4 FILE KEEPING | | X | BOX. TOPNOTCH FILES, TIMEKEEPER FILES |
| - Element 5 PHONE /GREET VISITORS | | X | DATA ENTRY COURTEOUS, AND DOES GOOD JOB OF SCREENING |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2.  COOPERATION/RESPONSIVENESS** | | | |
| - Skilled at working with individuals or groups | | X | WORKS WELL WITH PEOPLE |
| - Is an enthusiastic follower | | X | FOLLOWS WELL |
| - Is a skilled leader | | X | SHOWS APPROPRIATE LEADERSHIP AT LEVEL OF POSITION |
| **3.  ORGANIZATIONAL SKILLS** | | | |
| - Uses resources effectively | | X | EXCELLENT WITH OFFICE TOOLS. MANAGES IMAC |
| - Sees future problems and heads them off | | X | ACCOUNT WELL + ANTICIPATE NEEDS FOR SUPPLIES. OFTEN GIVES HEADS UP ON POTENTIAL PROBLEMS |
| - Plans and schedules work effectively | | X | SO LEADERSHIP CAN TACKLE SOONEST. SCHEDULES OWN + SUPERVISORS ACTIVITIES. |
| - Adapts well to new demands | | X | LOTS OF CHANGES THIS YEAR - SHE SHINED) |
| **4.  COMMUNICATION** | | | |
| - Listens well | | X | STRONG POINT |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5.  DUTY PERFORMANCE** | | | |
| - Work is of appropriate quality and quantity | | X | VERY HARD WORKING, ACCOMPLISHING TASKS EFFECTIVELY |
| - Work is timely | | X | NO LATES - ESP CRITICAL FOR PAY CARDS |
| **6.  THOROUGHNESS** | | | |
| - Completes a job on his/her own | | X | VERY THOROUGH - NEEDS LITTLE TO NO SUPERVISION |
| - Follows up when necessary | | X | |
| **7.  ADDITIONAL ITEMS** | | | |
| - Accomplishes required items as appropriate | | X | GOES ABOVE AND BEYOND TO KEEP TRACK GROUP CC OFFICE |

| RATER (Supervisor's signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| *[signature]* | *[signature] M'chelle Holt* | 20020128 |

AF FORM 860B, 19990701  *(EF-V1)*

# CIVILIAN PROGRESS REVIEW WORKSHEET

## PRIVACY ACT STATEMENT

*Authority:* 10 U.S.C. 8013 and Executive Order 9397.
*Purpose :* The social security number is needed to correctly identify the employee.
*Routine Use:* None
*Disclosure is Voluntary:* However, without it, it may affect the ability to accurately identify the employee and the records.

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| HOLT MICHELLE M. | ACC COMM GP | 20021106 | 20020701-20020930 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint.  This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee.  Use of this form is mandatory, and is meant to facilitate communication concerning performance.  The process is intended for employee development and to help the individual.  The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact their rating of record at the end of the appraisal period.  Do not forward the form to the personnel flight.  It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period.  Place an "X" at the appropriate place on the arrowed line.  Use the space provided for any comments *(optional)*.  Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | *Temporary GS-6 — approved* |
| - Element 1 *VARIED USE OF OFFICE S/W* | | X | *Performing superbly --* |
| - Element 2 *VARIETY OF REPORTS* | | X | *Carrying the load 2* |
| - Element 3 *SCREENS MAIL/MSGS* | | X | *usually handle.* |
| - Element 4 *FILE KEEPING* | | X | |
| - Element 5 *PHONE GREET VISTORS* | | X | |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2. COOPERATION/RESPONSIVENESS** | | | *Responsive and Courteous.* |
| - Skilled at working with individuals or groups | | X | *Works well with Changing Execs!* |
| - Is an enthusiastic follower | | X | |
| - Is a skilled leader | | X | |
| **3. ORGANIZATIONAL SKILLS** | | | *Carries the front office making* |
| - Uses resources effectively | | X | *it easy for the Commander* |
| - Sees future problems and heads them off | | X | *and Deputy to focus on other issues* |
| - Plans and schedules work effectively | | X | |
| - Adapts well to new demands | | X | |
| **4. COMMUNICATION** | | | *the #1 messenger in the 75-person* |
| - Listens well | | X | *group -- excellent job* |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5. DUTY PERFORMANCE** | | | *Tough job for 2 - she* |
| - Work is of appropriate quality and quantity | | X | *does awesome job as 1.* |
| - Work is timely | | X | |
| **6. THOROUGHNESS** | | | *Great initiative in getting tasks* |
| - Completes a job on his/her own | | X | *doing the right things at the right time* |
| - Follows up when necessary | | X | |
| **7. ADDITIONAL ITEMS** | | | *Whatever the office needs -- she's* |
| - Accomplishes required items as appropriate | | X | *ahead of the need.* |

| RATER (Supervisor's signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| *[signature]* | *[signature]* | 20021106 |

**AF FORM 860B, 19990701  (EF-V1)**

## CIVILIAN PROGRESS REVIEW WORKSHEET
### PRIVACY ACT STATEMENT

*Authority:* 10 U.S.C. 8013 and Executive Order 9397.
*Purpose :* The social security number is needed to correctly identify the employee.
*Routine Use:* None
*Disclosure is Voluntary:* However, without it, it may affect the ability to accurately identify the employee and the records.

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| HOLT, MICHELLE M. | ACC COMM GP | 20020816 | 20020401-20020630 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint. This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee. Use of this form is mandatory, and is meant to facilitate communication concerning performance. The process is intended for employee development and to help the individual. The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period. Do not forward the form to the personnel flight. It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period. Place an "X" at the appropriate place on the arrowed line. Use the space provided for any comments *(optional)*. Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | Performing superbly carrying the load of the CC & secretary as well as our position. Just approved for temporary promotion to GS-6 while permanent employee detailed to Group Security Office. Expert in all aspects of office administration. Superstar! |
| - Element 1 *VARIED USE OF OFFICE SW* | | X | |
| - Element 2 *VARIETY OF REPORTS* | | X | |
| - Element 3 *SCREENS MAIL/MSGS* | | X | |
| - Element 4 *FILE KEEPING* | | X | |
| - Element 5 *PHONE/GREET VISITORS* | | X | |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2. COOPERATION/RESPONSIVENESS** | | | In tune with needs of people and very responsive and courteous. Great follower |
| - Skilled at working with individuals or groups | | X | |
| - Is an enthusiastic follower | | X | |
| - Is a skilled leader | | X | |
| **3. ORGANIZATIONAL SKILLS** | | | Basically runs the front office managing all aspects, allowing the Commander and deputy to focus on other priorities |
| - Uses resources effectively | | X | |
| - Sees future problems and heads them off | | X | |
| - Plans and schedules work effectively | | X | |
| - Adapts well to new demands | | X | |
| **4. COMMUNICATION** | | | Very good communicator -- lead messenger for info to entire 780-person group |
| - Listens well | | X | |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5. DUTY PERFORMANCE** | | | Superb quality & quantity. Delivers! |
| - Work is of appropriate quality and quantity | | X | |
| - Work is timely | | X | |
| **6. THOROUGHNESS** | | | Strong skill in knowing what needs to be done and doing it |
| - Completes a job on his/her own | | X | |
| - Follows up when necessary | | X | |
| **7. ADDITIONAL ITEMS** | | | Gets right things done. |
| - Accomplishes required items as appropriate | | X | |

| RATER (Supervisor's Signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| *[signature]* | *Michelle Holt* | 20020816 |

AF FORM 860B, 19990701  *(EF-V1)*

# CIVILIAN PROGRESS REVIEW WORKSHEET

## PRIVACY ACT STATEMENT

*Authority: 10 U.S.C. 8013 and Executive Order 9397.*
*Purpose : The social security number is needed to correctly identify the employee.*
*Routine Use: None*
*Disclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

| EMPLOYEE *(Last Name, First, Middle Initial)* | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| HOLT, MICHELLE M. | ACC Comm Gp | 20030730 | 20030401-20030630 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint.  This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee.  Use of this form is mandatory, and is meant to facilitate communication concerning performance.  The process is intended for employee development and to help the individual.  The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact their rating of record at the end of the appraisal period.  Do not forward the form to the personnel flight.  It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period.  Place an "X" at the appropriate place on the arrowed line.  Use the space provided for any comments *(optional)*.  Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1.  PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | |
| - Element 1 VARIED USE OF OFFICE S/W | | X | Continued as Tempory GS-6 CC Secretary, carrying load of 2 secretaries |
| - Element 2 VARIETY OF REPORTS | | X | |
| - Element 3 SCREENS MAIL / MSGS | | X | |
| - Element 4 FILE KEEPING | | X | |
| - Element 5 RECEIVE PHONE + GREET VISITORS | | X | |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2.  COOPERATION/RESPONSIVENESS** | | | |
| - Skilled at working with individuals or groups | | X | Works with many in all 3 sqs and HQ, respon day to day with new exec, temp edcs and GP staff |
| - Is an enthusiastic follower | | X | |
| - Is a skilled leader | | X | |
| **3.  ORGANIZATIONAL SKILLS** | | | |
| - Uses resources effectively | | X | Mor than carries the admin load for the Group Command Section. Good at keeping Commander aware of upcoming suspenses |
| - Sees future problems and heads them off | | X | |
| - Plans and schedules work effectively | | X | |
| - Adapts well to new demands | | X | |
| **4.  COMMUNICATION** | | | |
| - Listens well | | X | Keep info moving in Gp as the center point for all info shared throughout the Group |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5.  DUTY PERFORMANCE** | | | |
| - Work is of appropriate quality and quantity | | X | Workload has increased as deployment and transfers have occured more frequent |
| - Work is timely | | X | |
| **6.  THOROUGHNESS** | | | |
| - Completes a job on his/her own | | X | Great initiative and superb at reminding others to complete tasks on time |
| - Follows up when necessary | | X | |
| **7.  ADDITIONAL ITEMS** | | | |
| - Accomplishes required items as appropriate | | X | Always willing to help accomplish needs of unit. |

| RATER *(Supervisor's Signature)* | EMPLOYEE *(Signature Optional)* | DATE *(YYYYMMDD)* |
|---|---|---|
| *[signature]* | *Michelle Holt* | 20030730 |

AF FORM 860B, 19990701  *(EF-V1)*

## CIVILIAN PROGRESS REVIEW WORKSHEET

### PRIVACY ACT STATEMENT

*Authority: 10 U.S.C. 8013 and Executive Order 9397.*
*Purpose : The social security number is needed to correctly identify the employee.*
*Routine Use: None*
*Disclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

| EMPLOYEE *(Last Name, First, Middle Initial)* | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| HOLT, MICHELLE M. | ACC Comm Gp | 20031027 | 20030701-20030930 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint. This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee. Use of this form is mandatory, and is meant to facilitate communication concerning performance. The process is intended for employee development and to help the individual. The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact their rating of record at the end of the appraisal period. Do not forward the form to the personnel flight. It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period. Place an "X" at the appropriate place on the arrowed line. Use the space provided for any comments *(optional)*. Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | Continues to serve superbly as a Temporary GS-6 Secretary to the Group Commander while also serving the new Group Deputy Commander and Technical Director, as well as offering assistance to 7 other members of the Group Command Staff. |
| - Element 1 *Varied Use of Office Skl* | | X | |
| - Element 2 *Variety of Reports* | | X | |
| - Element 3 *Screen Mail Mgr* | | X | |
| - Element 4 *File Keeping* | | X | |
| - Element 5 *Revw Phone Calls/Visitors* | | X | |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2. COOPERATION/RESPONSIVENESS** | | | Comment from previous Qtly performance feedback still apply for this year. Ms. Holt is a dedicated hard-working conscientious employee who makes the right things happen in the Group especially in keeping the military performance reports and decorations process moving. |
| - Skilled at working with individuals or groups | | X | |
| - Is an enthusiastic follower | | X | |
| - Is a skilled leader | | X | |
| **3. ORGANIZATIONAL SKILLS** | | | |
| - Uses resources effectively | | X | |
| - Sees future problems and heads them off | | X | |
| - Plans and schedules work effectively | | X | |
| - Adapts well to new demands | | X | |
| **4. COMMUNICATION** | | | |
| - Listens well | | X | |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5. DUTY PERFORMANCE** | | | |
| - Work is of appropriate quality and quantity | | X | |
| - Work is timely | | X | |
| **6. THOROUGHNESS** | | | |
| - Completes a job on his/her own | | X | |
| - Follows up when necessary | | X | |
| **7. ADDITIONAL ITEMS** | | | |
| - Accomplishes required items as appropriate | | X | |

| RATER *(Supervisor's signature)* | EMPLOYEE *(Signature Optional)* Michelle Holt | DATE *(YYYYMMDD)* 20031027 |
|---|---|---|

AF FORM 860B, 19990701  *(EF-V1)*

## CIVILIAN PROGRESS REVIEW WORKSHEET

**PRIVACY ACT STATEMENT**

*Authority: 10 U.S.C. 8013 and Executive Order 9397.*
*Purpose : The social security number is needed to correctly identify the employee.*
*Routine Use: None*
*Disclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| Holt, Michelle M. | ACC Comm Gp | 20040127 | 20031001-20031231 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint. This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee. Use of this form is mandatory, and is meant to facilitate communication concerning performance. The process is intended for employee development and to help the individual. The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period. Do not forward the form to the personnel flight. It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period. Place an "X" at the appropriate place on the arrowed line. Use the space provided for any comments *(optional)*. Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | |
| - Element 1 *Varied use of Office S/W* | ← | X | |
| - Element 2 *Variety of reports* | ← | X | |
| - Element 3 *Screen Mail msgs* | ← | X | |
| - Element 4 *File Keeping* | ← | X | |
| - Element 5 *Receives calls/Visitors* | ← | X | |
| - Element 6 | | | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | |
| **2. COOPERATION/RESPONSIVENESS** | | | |
| - Skilled at working with individuals or groups | ← | X | |
| - Is an enthusiastic follower | ← | X | |
| - Is a skilled leader | ← | X | |
| **3. ORGANIZATIONAL SKILLS** | | | |
| - Uses resources effectively | ← | X | |
| - Sees future problems and heads them off | ← | X | |
| - Plans and schedules work effectively | ← | X | |
| - Adapts well to new demands | ← | X | |
| **4. COMMUNICATION** | | | |
| - Listens well | ← | X | |
| - Effective in oral communication | ← | X | |
| - Writes clearly | ← | X | |
| **5. DUTY PERFORMANCE** | | | |
| - Work is of appropriate quality and quantity | ← | X | |
| - Work is timely | ← | X | |
| **6. THOROUGHNESS** | | | |
| - Completes a job on his/her own | ← | X | |
| - Follows up when necessary | ← | X | |
| **7. ADDITIONAL ITEMS** | | | |
| - Accomplishes required items as appropriate | ← | X | |

Comments: After serving as a temporary GS-6 for well over a year, was selected for permanent promotion. Continues to perform superbly single-handedly supporting the entire Group command section of 10 people. Ms Holt continues to be a dedicated employee, loyal to the organization, independently managing the office, processing every performance report, decoration and award package from this group of 700 people; an awesome task that she accomplishes completely. Very thorough, she processes and validates every time card for the 158 authorized Gp'l civilians in the unit. Excellent employee to serve with

| RATER (Supervisor's Signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| *[signature]* | *[signature] Michelle Holt* | 20040425 |

**AF FORM 860B, 19990701 (IMT-V1)**

**CIVILIAN PERFORMANCE RATING**

For use of this form, see AR 690 400, Chapter 430, the proponent agency is DCSPER

**PART I – ADMINISTRATIVE DATA**

| 1. NAME *(Last, First, MI)* AND SSN | 2. NAME AND LOCATION OF EMPLOYING OFFICE |
|---|---|
| HOLT, MICHELLE M.      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 | Reserve Component Branch<br>Training Analysis Development Division<br>Directorate of Training and Doctrine<br>U.S. Army Aviation Logistics School<br>Fort Eustis, VA 23604-5421 |

3. POSITION TITLE AND NUMBER, PAY PLAN, SERIES AND GRADE/LEVEL

Clerk Typist, GS-322-03

| 4. PERIOD COVERED | 5. UNDER SUPERVISION OF CURRENT SUPERVISOR | 6. TYPE OF RATING | 7 IF PROBATIONARY, INDICATE RECOMMENDED ACTION |
|---|---|---|---|
| FROM: 14 Aug 89<br>TO: 2 Aug 90 | FROM: 14 Aug 89 | [X] ANNUAL<br>[ ] SPECIAL<br>[ ] PROBATIONARY | [ ] RETAIN<br>[ ] REMOVE FROM POSITION *(SF 52 attached)* |

**PART II – PERFORMANCE EVALUATION**

| 8.   JOB ELEMENT<br>a | CE<br>b | RATING<br>c | JOB ELEMENT<br>a | CE<br>b | RATING<br>c |
|---|---|---|---|---|---|
| 1. Prepares printed material | YES | E | | | |
| 2. Operates personal computer | NO | E | | | |
| 3. Corrects unsafe strategies | YES | M | | | |
| | | | | | |

9. ELEMENT RATING EXPLANATION

1. Ms. Holt provided typing support to the Reserve Component Branch and to the academic departments.  She prepared in excess of 137 Reserve Component (RC) lesson plans accurately and efficiently.  She ensured correct format and grammar, working virtually unsupervised.  Ms. Holt gave assistance to other word processors and course managers in regard to specific RC requirements and format.  At no time was Ms. Holt's work returned for corrections.

2. Ms. Holt has an excellent knowledge of Multimate.  She never encountered a function that she was unable to execute.  At no time was production delayed due to Ms. Holt's performance.

3. In all instances, Ms. Holt identified unsafe conditions in the office environment and notified appropriate personnel to ensure the situation was corrected.

DA FORM 5398-R, May 86

REPLACES DA FORMS 4940-1-R, 4940-2 R and 4940-3-R, OCT 80;
DA FORMS 4969 AND 4969-1, APR 81, WHICH ARE OBSOLETE.

COPY:   [ ] EMPLOYEE   [ ] SUPERVISOR   [ ] RECORD   [ ] OTHER

## PART II – PERFORMANCE EVALUATION (Continued)

9. ELEMENT RATING EXPLANATION (Continued)

## PART III – INDIVIDUAL DEVELOPMENT PLAN

10.

Reverse of DA Form 5398-R, May 86

## PART IV – SENIOR EXECUTIVE SERVICE (SES) ONLY

| 11. RECOMMENDING OFFICIAL | RECOMMENDATIONS | | | | 12. RATING OFFICIAL APPROVAL | |
|---|---|---|---|---|---|---|
| | RATING *a* | SALARY *b* | | PERFORMANCE AWARD (BONUS) *c* | | SALARY ADJUSTMENT *a* | PERFORMANCE AWARD (BONUS) *b* |
| | | YES | NO | YES | NO | | |
| SUPERVISOR | | | | | | | |
| REVIEWING OFFICIAL (Optional) | | | | | | ES – _____ | _____ % |
| PERFORMANCE REVIEW BOARD | | | | | | | |

*Note:* SES members may respond in writing to their initial ratings. They also may request higher executive level review either before ratings are submitted to the Performance Review Board or after final rating is assigned, but not both. See AR 690-900, chapter 920, Subchapter 5.

## PART V – COMMENTS

13.

Ms. Holt is an aggressive, dedicated and mission-oriented individual.  She is fully capable of performing assignments at higher skill and grade levels.

## PART VI – SUMMARY RATING LEVEL

14.

☐ EXCEPTIONAL   ☒ HIGHLY SUCCESSFUL   ☐ FULLY SUCCESSFUL   ☐ MINIMALLY ACCEPTABLE/ SATISFACTORY   ☐ UNACCEPTABLE/ UNSATISFACTORY

## PART VII – AUTHENTICATION

| | b. SIGNATURE | c. DATE |
|---|---|---|
| 15a. SUPERVISOR NAME AND TITLE WILLIAM R. MORRIS, MAJ, C, RCB | *William R Morris* | 31 Aug 90 |
| 16a. REVIEWING OFFICIAL (Optional) NAME AND TITLE DAVID A. LAMB, C, TADD | *David Lamb* | 4 Sep 90 |
| 17a. PRB REPRESENTATIVE NAME AND TITLE | | |
| 18a. APPROVING/SES RATING OFFICIAL NAME AND TITLE ROBERT B. TERRY, JR., COL, AV, DOTD | | 13 Sep 90 |
| 19a. EMPLOYEE NAME MICHELLE M. HOLT | *Michelle M. Holt* | 17 Sept 90 |

## CIVILIAN PERFORMANCE RATING
For use of this form, see AR 690-400, Chapter 430; the proponent agency is DCSPER

### PART I – ADMINISTRATIVE DATA

| 1. NAME (Last, First, MI) AND SSN | 2. NAME AND LOCATION OF EMPLOYING OFFICE |
|---|---|
| Holt, Michelle M.   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 | DATT, USAALS |
| 3. POSITION TITLE AND NUMBER, PAY PLAN, SERIES AND GRADE/LEVEL | Ft. Eustis, VA 23604 |
| GS 322-04 | |

| 4. PERIOD COVERED | 5. UNDER SUPERVISION OF CURRENT SUPERVISOR | 6. TYPE OF RATING | 7. IF PROBATIONARY, INDICATE RECOMMENDED ACTION |
|---|---|---|---|
| FROM: 901021<br>TO:   911121 | FROM: | [X] ANNUAL<br>[ ] SPECIAL<br>[ ] PROBATIONARY | [ ] RETAIN<br>[ ] REMOVE FROM POSITION (SF 52 attached) |

### PART II – PERFORMANCE EVALUATION

| 8. JOB ELEMENT a | CE b | RATING c | JOB ELEMENT a | CE b | RATING c |
|---|---|---|---|---|---|
| 1.   Typing | Y | E | | | |
| 2.   EER/OER Control | Y | E | | | |
| 3.   Personal Contacts | Y | E | | | |
| 4.   Admin Support | N | E | | | |

**9. ELEMENT RATING EXPLANATION**

1. Ms. Holt displays outstanding typing abilities. She can always be counted on to do more than her share. She is a self starter and requires very little if any supervision. Ms. Holt has unlimited potential and a demonstrated talent in the computer field. Her work is exceptional and far above standard.

2. Ms. Holt has grasped the EER/OER Control requirements and with no prior experience in this area has demonstrated exceptional talents.

3. Ms. Holt has a very professional and friendly working rapport with supervisors and peers alike. She has developed skills when dealing with co-workers that truly enhance the office.

4. Ms. Holt has provided excellent administrative support and has acted in the position of Department Secretary and again has demonstrated unlimited potential.

**DA FORM 5398, DEC 86**          DA FORM 5398-R, MAY 86 MAY BE USED

COPY:    [ ] EMPLOYEE    [ ] SUPERVISOR    [ ] OPF/EPF RECORD    [ ] OTHER

## PART II — PERFORMANCE EVALUATION (Continued)

9. ELEMENT RATING EXPLANATION (Continued)

## PART III — INDIVIDUAL DEVELOPMENT PLAN

10.

Advanced Multimate Advantage II

## PART IV — SENIOR EXECUTIVE SERVICE (SES) ONLY

| 11. RECOMMENDING OFFICIAL | RECOMMENDATIONS | | | | | 12. RATING OFFICIAL APPROVAL | |
| | RATING a | SALARY b | | PERFORMANCE AWARD (BONUS) c | | SALARY ADJUSTMENT a | PERFORMANCE AWARD (BONUS) b |
| | | YES | NO | YES | NO | | |
| SUPERVISOR | | | | | | | |
| REVIEWING OFFICIAL (Optional) | | | | | | ES— _____ | _____% |
| PERFORMANCE REVIEW BOARD | | | | | | | |

*Note:* SES members may respond in writing to their initial ratings. They also may request higher executive level review either before ratings are submitted to the Performance Review Board or after final rating is assigned, but not both. See AR 690-900, chapter 920, Subchapter 5.

## PART V — COMMENTS

13.

## PART VI — SUMMARY RATING LEVEL

14.

[X] EXCEPTIONAL  [ ] HIGHLY SUCCESSFUL  [ ] FULLY SUCCESSFUL  [ ] MINIMALLY ACCEPTABLE/ SATISFACTORY  [ ] UNACCEPTABLE/ UNSATISFACTORY

## PART VII — AUTHENTICATION

| | b. SIGNATURE | c. DATE |
|---|---|---|
| 15a. SUPERVISOR NAME AND TITLE Morrene M. Grina, Admin Supvr. | | 17 DEC 91 |
| 16a. REVIEWING OFFICIAL (Optional) NAME AND TITLE William J. Eustis, Tng Admin. | | 18 DEC 91 |
| 17a. PRB REPRESENTATIVE NAME AND TITLE | | |
| 18a. APPROVING/SES RATING OFFICIAL NAME AND TITLE Scott R. Wilcox, LTC, Dir | | 18 Dec 91 |
| 19a. EMPLOYEE NAME Michelle M. Holt | | 18 Dec 91 |

PAGE 2, DA FORM 5398, DEC 86

## CIVILIAN PERFORMANCE RATING

For use of this form, see AR 690-400, Chapter 430; the proponent agency is DCSPER

### PART I — ADMINISTRATIVE DATA

| 1. NAME *(Last, First, MI)* AND SSN | 2. NAME AND LOCATION OF EMPLOYING OFFICE |
|---|---|
| Holt, Michelle M.     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 | DATT, USAALS<br>Ft. Eustis, VA 23604 |

| 3. POSITION TITLE AND NUMBER, PAY PLAN, SERIES AND GRADE/LEVEL |
|---|
| Office Automation Clerk    GS-326 |

| 4. PERIOD COVERED | 5. UNDER SUPERVISION OF CURRENT SUPERVISOR | 6. TYPE OF RATING | 7. IF PROBATIONARY, INDICATE RECOMMENDED ACTION |
|---|---|---|---|
| FROM: 911122<br>TO:     920616 | FROM: | [X] ANNUAL<br>[ ] SPECIAL<br>[ ] PROBATIONARY | [ ] RETAIN<br>[ ] REMOVE FROM POSITION *(SF 52 attached)* |

### PART II — PERFORMANCE EVALUATION

| 8. JOB ELEMENT *a* | CE *b* | RATING *c* | JOB ELEMENT *a* | CE *b* | RATING *c* |
|---|---|---|---|---|---|
| 1.  Typing | Y | E | | | |
| 2.  EER/OER Control | Y | E | | | |
| 3.  Personal Contacts | Y. | E | | | |
| 4.  Admin Support | N | E | | | |

**9. ELEMENT RATING EXPLANATION**

1. Word processing skills remain above standard for this rating period. Ms. Holt's knowledge of all preparation and format governing training materials have been a contributing factor in the department's mission accomplishment. During a period of personnel changes within this department Ms. Holt was able to aid in a smooth transition without a delay in either POI's or lesson plans. Her computer skills have been vital to the contributing automation of all course materials.

2. Ms. Holt has a flawless system established to keep a firm grip on EER's and OER's resulting in no missed suspense dates. She has monitored the preparation and submission of all military awards, civilian awards, and civilian ratings without delays or missed suspenses.

3. Ms. Holt has an exceptional rapport with all she comes in contact with. Her ability to deal with others has enhanced her performance when fulfilling any or all administrative functions.

4. Ms. Holt continues to provide admin support in an exceptional manner. Her knowledge of the day to day operation of the department has added immensely to the operation as a whole.

---

**DA FORM 5398, DEC 86**         DA FORM 5398-R, MAY 86 MAY BE USED

COPY:    [ ] EMPLOYEE    [ ] SUPERVISOR    [ ] OPF/EPF RECORD    [ ] OTHER

## PART II — PERFORMANCE EVALUATION *(Continued)*

9. ELEMENT RATING EXPLANATION *(Continued)*

## PART III — INDIVIDUAL DEVELOPMENT PLAN

10.

Advanced Multimate Advantage II; Grammar for the Office

## PART IV — SENIOR EXECUTIVE SERVICE *(SES)* ONLY

| 11. | RECOMMENDATIONS | | | | | 12. | RATING OFFICIAL APPROVAL | |
|---|---|---|---|---|---|---|---|---|
| RECOMMENDING OFFICIAL | RATING *a* | SALARY *b* | | PERFORMANCE AWARD *(BONUS)* *c* | | SALARY ADJUSTMENT *a* | PERFORMANCE AWARD *(BONUS)* *b* | |
| | | YES | NO | YES | NO | | | |
| SUPERVISOR | | | | | | | | |
| REVIEWING OFFICIAL *(Optional)* | | | | | | ES—_____ | _____% | |
| PERFORMANCE REVIEW BOARD | | | | | | | | |

*Note:* SES members may respond in writing to their initial ratings. They also may request higher executive level review either before ratings are submitted to the Performance Review Board or after final rating is assigned, but not both. See AR 690-900, chapter 920, Subchapter 5.

## PART V — COMMENTS

13.

## PART VI — SUMMARY RATING LEVEL

14.
[X] EXCEPTIONAL   [ ] HIGHLY SUCCESSFUL   [ ] FULLY SUCCESSFUL   [ ] MINIMALLY ACCEPTABLE/ SATISFACTORY   [ ] UNACCEPTABLE/ UNSATISFACTORY

## PART VII — AUTHENTICATION

| | b. SIGNATURE | c. DATE |
|---|---|---|
| 15a. SUPERVISOR NAME AND TITLE<br>Morrene M. Grina, Admin Supvr. | *Morrene M. Grina* | 16 June 92 |
| 16a. REVIEWING OFFICIAL *(Optional)* NAME AND TITLE<br>William J. Eustis, Tng Admin. | *William Eustis* | 16 Jun 92 |
| 17a. PRB REPRESENTATIVE NAME AND TITLE | | |
| 18a. APPROVING/SES RATING OFFICIAL NAME AND TITLE<br>Scott R. Wilcox, LTC, Director | *Scott R. Wilcox* | 16 June 92 |
| 19a. EMPLOYEE NAME<br>Michelle M. Holt | *Michelle M. Holt* | 16 Jun 92 |

CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL
PERFORMANCE RATING

| | APPRAISAL PERIOD |
|---|---|
| | FROM: 6 Sep 92  TO: 4 Dec 92 |

| EMPLOYEE | PAY PLAN | SERIES | GRADE | STEP | SALARY |
|---|---|---|---|---|---|
| HOLT, MICHELLE M. | GS | 0318 | 04 | 02 | $16,335.00 |

SOCIAL SECURITY NUMBER: 2 2 8 1 3 7 7 2 9

ORGANIZATION/OFFICE SYMBOL: 1912 CSGP/RC  LANGLEY AFB VA

EFFECTIVE DATE: DAY 0 4  MONTH JAN  YEAR 9 3

INITIAL
ANNUAL
OTHER
INFORMATIONAL

**OVERALL PERFORMANCE RATING** (Derived from the ratings of the performance elements on page 2.)

- SUPERIOR: Employee exceeds all of the elements of the performance plan.
- EXCELLENT: Employee exceeds more than one-half of the critical elements and meets all other elements.
- FULLY SUCCESSFUL: Employee meets the requirements of all of the elements of the performance plan.
- MINIMALLY ACCEPTABLE: Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.
- UNACCEPTABLE: Employee does not meet the requirements of one or more critical elements of the performance plan.

**APPRAISAL FACTORS—MANNER OF PERFORMANCE** (Do not complete if employee is a GS/GM-15 or higher.)

Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observance of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 3, or 9, note the number of the appraisal factor beside the performance element in which you observed the work behavior in the work or the reverse. A similar notation is required for ratings of 1, 2, 8, or 9 observed only in performance elements rated "Met."

LOW RANGE
1. Below Fully Successful
2. Far Below Fully Successful
3. Below Fully Successful

CENTRAL RANGE
4. Slightly Below Fully Successful
5. Fully Successful
6. Slightly Above Fully Successful

HIGH RANGE
7. Above Fully Successful
8. Far Above Fully Successful
9. Outstanding

1. WORK EFFORT: Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

2. ADAPTABILITY TO WORK: Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

3. PROBLEM SOLVING: Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

4. WORKING RELATIONSHIPS: Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

5. COMMUNICATION: Communicates clearly and effectively, whether orally or in writing.

6. WORK PRODUCTIVITY: Produces during work time; completes his/her work projects, duties, and tasks in a timely manner.

7. SELF-SUFFICIENCY: Works competently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

8. SKILL IN WORK: Performing his/her tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered significant and valuable.

9. WORK KNOWLEDGE: Knowledge to improve work methods or implements management procedures, directives, regulations, or technical materials or processes for his/her work or lesser supervisor.

| RATER | DATE |
|---|---|
| Dale R Liverpool 4-6265 | 18 Dec 92 |
| REVIEWER Charles E. Baumer | 18 Dec 92 |
| ENDORSER | DATE |
| | DATE |

% of Salary

APPROVED AWARD

| PE NO. | EVALUATION AND SUBSTANTIATION OF RATING<br><br>Performance elements rated as "Did Not Meet" or "Exceeded" must be substantiated by a brief narrative statement. | CRITICAL | NONCRITICAL | DID NOT MEET | MET | EXCEEDED | APPRAISAL FACTORS<br><br>WORK BEHAVIORS OBSERVED |
|---|---|---|---|---|---|---|---|
| 1E | Displayed exceptional ability and performance in quickly learning the division distribution system and mastering the preparation of a wide variety of written correspondence. Easily exceeded minimum criteria with less than 5 errors per quarter. | X | | | | X | 1,2,4,6,7 8,9 |
| 2E | Meticulously maintained division office files and publications well within required standards.   No errors observed. | X | | | | X | 1,2,4,6,7, 8,9 |
| 3E | Distributes mail expeditiously without error. | | X | | | X | 1,4,6,7 |
| 4E | Excellent job in maintaining visibility of suspensed items. Reminded personnel to ensure suspenses were followed.   No overdue suspenses. | X | | | | X | 3,4,5,9 |
| 5E | Administration tasks all performed exceptionally. | | X | | | X | 1,2,6,7 |
| 6E | Achieved outstanding results and accomplished all duties within minimum established standards.   No errors observed. | X | | | | X | 1,2,4,6,7, 8,9 |
| 7E | Security.  No deviations or incidents. | | X | | | X | 1,2,4,6,7 |

COMMENTS BY ENDORSER

DO NOT WRITE

IN THIS AREA

EMPLOYEE SIGNATURE  *Receipt acknowledged: signature does not indicate agreement or disagreement.)*          DATE

Michelle Scott                                    12-22-92

(Reverse of AF Form 860A, Mar 89)

CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL
**PERFORMANCE RATING**

| APPRAISAL PERIOD | | |
|---|---|---|
| FROM: 5 Dec 92 | TO: 30 Jun 93 | |

| EMPLOYEE (Last Name, First, Middle Initial) | PAY PLAN | SERIES | GRADE | STEP | SALARY | |
|---|---|---|---|---|---|---|
| HOLT, MICHELLE M. | GS | 326 | 04 | 03 | $17,485 | (PA) |

SOCIAL SECURITY NUMBER

2 2 8 1 3 7 7 2 9

ORGANIZATION/OFFICE SYMBOL
1912th Computer Systems Group
Langley AFB VA

USE A NO. 2 PENCIL TO FILL IN THE BLOCKS.

TYPE OF RATING:
- INITIAL
- ANNUAL
- OTHER
- INFORMATIONAL

EFFECTIVE DATE
DAY 0 1  MONTH Sep  YEAR 9 3

**OVERALL PERFORMANCE RATING** (Derived from the ratings of the performance elements on page 2.)
- SUPERIOR: Employee exceeds all of the elements of the performance plan.
- EXCELLENT: Employee exceeds more than one-half of the critical elements and meets all other elements.
- FULLY SUCCESSFUL: Employee meets the requirements of all of the elements of the performance plan.
- MINIMALLY ACCEPTABLE: Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.
- UNACCEPTABLE: Employee does not meet the requirements of one or more critical elements of the performance plan.

**APPRAISAL FACTORS - MANNER OF PERFORMANCE** (Do not complete if employee is a GS/GM-15 or higher.)
Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observation of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 8, or 9, write the number of the appraisal factor beside the performance element in which you observed the work behavior in the space on the reverse. A brief substantiation is required for ratings of 1, 2, 8, or 9 observed only in performance elements rated "Met."

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
|---|---|---|
| 1. Very Poor | 4. Slightly Below Fully Successful | 7. Above Fully Successful |
| 2. Far Below Fully Successful | 5. Fully Successful | 8. Far Above Fully Successful |
| 3. Below Fully Successful | 6. Slightly Above Fully Successful | 9. Outstanding |

1. WORK EFFORT: Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

2. ADAPTABILITY TO WORK: Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

3. PROBLEM SOLVING: Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

4. WORKING RELATIONSHIPS: Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

5. COMMUNICATION: Communicates clearly and effectively, whether orally or in writing.

6. WORK PRODUCTIVITY: Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.

7. SELF-SUFFICIENCY: Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

8. SKILL IN WORK: Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills; is considered very skillful on the job.

9. WORK MANAGEMENT: Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.

| RATER (Supervisor's signature and duty phone) (Performance Plan used for this rating is current and certified.) | DATE 1 July 93 |
|---|---|
| REVIEWER | DATE 1 Jul 93 |
| ENDORSER (optional signature) | DATE |

% of Salary  A W A R D  3 . 1 2

| AWARD APPROVING OFFICIAL (Signature) | APPROVED AWARD | DATE 10 Aug 93 |
|---|---|---|

William J Braham

CSI  OTHER

AF FORM 860A, MAY 89

CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL
PERFORMANCE RATING

APPRAISAL PERIOD
FROM: 930701  TO: 940630

| EMPLOYEE (Last Name, First, Middle Initial) | PAY PLAN | SERIES | GRADE | STEP | SALARY |
|---|---|---|---|---|---|
| HOLT MICHELLE M | GS | 0326 | 04 | 04 | $18,031.00 (PA) |

SOCIAL SECURITY NUMBER

2 2 8 1 3 7 7 2 9

ORGANIZATION/OFFICE SYMBOL

1912 CS  GP DET 0000/RCR
LANGLEY             AFB VIR

USE A NO. 2 PENCIL TO FILL IN THE BLOCKS.

TYPE OF RATING:
- INITIAL
- ■ ANNUAL
- OTHER
- INFORMATIONAL

EFFECTIVE DATE

| DAY | MONTH | YEAR |
|---|---|---|
| 0 1 | SEP | 9 4 |

OVERALL PERFORMANCE RATING (Derived from the ratings of the performance elements on page 2.)
- SUPERIOR: Employee exceeds all of the elements of the performance plan.
- EXCELLENT: Employee exceeds more than one-half of the critical elements and meets all other elements.
- FULLY SUCCESSFUL: Employee meets the requirements of all of the elements of the performance plan.
- MINIMALLY ACCEPTABLE: Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.
- UNACCEPTABLE: Employee does not meet the requirements of one or more critical elements of the performance plan.

APPRAISAL FACTORS - MANNER OF PERFORMANCE (Do not complete if employee is a GS/GM-15 or higher.)
Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observations of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 8, or 9, write the number of the appraisal factor beside the performance element in which you observed the work behavior in the space on the reverse. A brief substantiation is required for ratings of 1, 2, 8, or 9 observed only in performance elements rated "Met."

LOW RANGE
1. Very Poor
2. Far Below Fully Successful
3. Below Fully Successful

CENTRAL RANGE
4. Slightly Below Fully Successful
5. Fully Successful
6. Slightly Above Fully Successful

HIGH RANGE
7. Above Fully Successful
8. Far Above Fully Successful
9. Outstanding

1. WORK EFFORT: Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

2. ADAPTABILITY TO WORK: Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

3. PROBLEM SOLVING: Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

4. WORKING RELATIONSHIPS: Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

5. COMMUNICATION: Communicates clearly and effectively, whether orally or in writing.

6. WORK PRODUCTIVITY: Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.

7. SELF-SUFFICIENCY: Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

8. SKILL IN WORK: Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered very skillful on the job.

9. WORK MANAGEMENT: Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.

RATER (Supervisor's signature and duty phone) (Performance Plan used for this rating is current and certified.)   4-2327

DATE  12 JUL 1994

REVIEWER (Signature)

DATE  12 JUL 1994

ENDORSER (Optional signature)

DATE

AWARD APPROVING OFFICIAL (Signature)

APPROVED AWARD

DATE  08 AUG 1994

% of Salary

AF FORM 860A, MAR 89

| CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL PERFORMANCE RATING | APPRAISAL PERIOD |
|---|---|
| | FROM: 940701   TO: 950630 |

| EMPLOYEE (Last Name, First, Middle Initial) | PAY PLAN | SERIES | GRADE | STEP | SALARY |
|---|---|---|---|---|---|
| HOLT MICHELLE M | GS | 0326 | 04 | 04 | $18,392.00   (PA) |

**SOCIAL SECURITY NUMBER** 2 2 8 1 3 7 7 2 9

**ORGANIZATION/OFFICE SYMBOL**
0000 QCS SQ DET 0000/RC
LANGLEY          AFB  VIR

USE A NO. 2 PENCIL TO FILL IN THE BLOCKS.

**TYPE OF RATING**
- INITIAL
- ☒ ANNUAL
- OTHER
- INFORMATIONAL

**EFFECTIVE DATE**

| DAY | MONTH | YEAR |
|---|---|---|
| 0 1 | SEP | 9 5 |

OVERALL PERFORMANCE RATING (Derived from the ratings of the performance elements on page 2.)

- ☒ SUPERIOR: Employee exceeds all of the elements of the performance plan.
- ☐ EXCELLENT: Employee exceeds more than one-half of the critical elements and meets all other elements.
- ☐ FULLY SUCCESSFUL: Employee meets the requirements of all of the elements of the performance plan.
- ☐ MINIMALLY ACCEPTABLE: Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.
- ☐ UNACCEPTABLE: Employee does not meet one or more critical elements of the performance plan.

APPRAISAL FACTORS - MANNER OF PERFORMANCE (Do not complete if employee is a GS/GM-13 or higher.)
Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observations of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 8, or 9, write the number of the appraisal factor beside the performance element in which you observed the work behavior in the space on the reverse. A brief substantiation is required for ratings of 1, 2, or 9 observed only in performance elements rated "Met."

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
|---|---|---|
| 1. Very Poor | 4. Slightly Below Fully Successful | 7. Above Fully Successful |
| 2. Far Below Fully Successful | 5. Fully Successful | 8. Far Above Fully Successful |
| 3. Below Fully Successful | 6. Slightly Above Fully Successful | 9. Outstanding |

1. WORK EFFORT: Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

2. ADAPTABILITY TO WORK: Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

3. PROBLEM SOLVING: Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

4. WORKING RELATIONSHIPS: Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

5. COMMUNICATION: Communicates clearly and effectively, whether orally or in writing.

6. WORK PRODUCTIVITY: Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.

7. SELF-SUFFICIENCY: Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

8. SKILL IN WORK: Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered very skillful on the job.

9. WORK MANAGEMENT: Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.

| RATER (Supervisor's signature and duty phone) (Performance Plan used for this rating is current and certified.) | DATE 20 July 95 |
|---|---|
| REVIEWER (Signature) | DATE 31 JUL 95 |
| ENDORSER (Optional, signature) | DATE |
| AWARD APPROVING OFFICIAL (Signature) | APPROVED AWARD 4% | DATE 4 AUG 1995 |

% of Salary

A W A R D
D A T A

☐ QSI  ☐ OTHER

AF FORM 860A, MAR 89

## CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL
### PERFORMANCE RATING

| APPRAISAL PERIOD | | |
|---|---|---|
| FROM: 950701 | TO: 960630 | |

| EMPLOYEE (Last Name, First, Middle Initial) | PAY PLAN | SERIES | GRADE | STEP | SALARY | |
|---|---|---|---|---|---|---|
| HOLT MICHELLE M. | GS | 0326 | 04 | 05 | $19,331.00 | (PA) |

SOCIAL SECURITY NUMBER: 2 2 8 1 3 7 7 2 9

ORGANIZATION/OFFICE SYMBOL
0000 QCS SQ DET 0000/RC
LANGLEY     AFB VIR

EFFECTIVE DATE: DAY 0 1  MONTH SEP  YEAR 9 6

TYPE OF RATING:
- INITIAL
- ANNUAL
- OTHER
- INFORMATIONAL

USE A NO. 2 PENCIL TO FILL IN THE BLOCKS.

**OVERALL PERFORMANCE RATING** (Derived from the ratings of the performance elements on page 2.)

- **SUPERIOR:** Employee exceeds all of the elements of the performance plan.
- **EXCELLENT:** Employee exceeds more than one-half of the critical elements and meets all other elements.
- **FULLY SUCCESSFUL:** Employee meets the requirements of all of the elements of the performance plan.
- **MINIMALLY ACCEPTABLE:** Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.
- **UNACCEPTABLE:** Employee does not meet the requirements of one or more critical elements of the performance plan.

**APPRAISAL FACTORS - MANNER OF PERFORMANCE** *(Do not complete if employee is a GS/GM-15 or higher.)*
Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observations of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 8, or 9, write the number of the appraisal factor beside the performance element in which you observed the work behavior in the space on the reverse. A brief substantiation is required for ratings of 1, 2, 8, or 9 observed only in performance elements rated "Met."

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
|---|---|---|
| 1. Very Poor | 4. Slightly Below Fully Successful | 7. Above Fully Successful |
| 2. Far Below Fully Successful | 5. Fully Successful | 8. Far Above Fully Successful |
| 3. Below Fully Successful | 6. Slightly Above Fully Successful | 9. Outstanding |

**1. WORK EFFORT:** Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

**2. ADAPTABILITY TO WORK:** Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

**3. PROBLEM SOLVING:** Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

**4. WORKING RELATIONSHIPS:** Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

**5. COMMUNICATION:** Communicates clearly and effectively, whether orally or in writing.

**6. WORK PRODUCTIVITY:** Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.

**7. SELF-SUFFICIENCY:** Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

**8. SKILL IN WORK:** Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered very skillful on the job.

**9. WORK MANAGEMENT:** Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.

RATER (Supervisor's signature and duty phone) (Performance Plan used for this rating is current and certified) *Rebecca A. Keller*     DATE 16 May 96

REVIEWER (Signature) *Charles E. Bauman*     DATE 12 Jul 96

ENDORSER (Optional, signature)     DATE

AWARD APPROVING OFFICIAL (Signature) *Duane Benda*     APPROVED AWARD 4%     DATE 31 JUL 1996

% of Salary — AWARD DATA

AF FORM 860A, MAR 89



# DEPARTMENT OF THE AIR FORCE
ACC COMPUTER SYSTEMS SQUADRON (ACC)
LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR 1 MSS/DPC                          15 APR 1997

FROM: ACC CSS/SCF

SUBJECT: Re-certification of Annual Performance Rating

I authorize re-certification of the current annual performance rating and promotion appraisal
factor scores for the following employee for the appraisal cycle ending 31 March 97.

Michelle M. Holt              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

KENDRA J. HARGETT, SSgt, USAF
NCOIC, Information Manager
(764-6665)

TIMOTHY F. McCARTHY, Lt Col, USAF
Flt Cdr, Combat Software Maintenance
(764-6665)

CHARLES J. WHITECHURCH, Col, USAF
Deputy Director, Communications and Information
(764-3218)

Award Recommendation OSI

I have been informed of this decision and acknowledge receipt of a copy of this letter.

_____          12 May 97
Employee's signature                    Date

*Global Power for America*

CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL
PERFORMANCE RATING

| APPRAISAL PERIOD | | |
| --- | --- | --- |
| FROM: 950. | TO: 960630 | |

| EMPLOYEE (Last Name, First, Middle Initial) | PAY PLAN | SERIES | GRADE | STEP | SALARY | |
| --- | --- | --- | --- | --- | --- | --- |
| HOLT MICHELLE M. | GS | 0326 | 04 | 05 | $19,331.00 | (PA) |

SOCIAL SECURITY NUMBER

2 2 8   1 3 7 7 2 9

ORGANIZATION/OFFICE SYMBOL

0000 QCS SQ DET 0000/RC
LANGLEY       AFB VIR

EFFECTIVE DATE

| DAY | MONTH | YEAR |
| --- | --- | --- |
| 0 1 | SEP | 9 6 |

TYPE OF RATING

INITIAL

**USE A NO. 2 PENCIL TO FILL IN THE BLOCKS.**

ANNUAL

OTHER

INFORMATIONAL

OVERALL PERFORMANCE RATING (Derived from the ratings of the performance elements on page 2.)

○ SUPERIOR: Employee exceeds all of the elements of the performance plan.

○ EXCELLENT: Employee exceeds more than one-half of the critical elements and meets all other elements.

○ FULLY SUCCESSFUL: Employee meets the requirements of all of the elements of the performance plan.

○ MINIMALLY ACCEPTABLE: Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.

○ UNACCEPTABLE: Employee does not meet the requirements of one or more critical elements of the performance plan.

APPRAISAL FACTORS - MANNER OF PERFORMANCE (Do not complete if employee is a GS/GM-15 or higher.)
Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observations of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings. If you assign a rating of 1, 2, 8, or 9, write the number of the appraisal factor beside the performance element in which you observed the work behavior in the space on the reverse. A brief substantiation is required for ratings of 1, 2, 8, or 9 observed only in performance elements rated "Met."

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
| --- | --- | --- |
| 1. Very Poor | 4. Slightly Below Fully Successful | 7. Above Fully Successful |
| 2. Far Below Fully Successful | 5. Fully Successful | 8. Far Above Fully Successful |
| 3. Below Fully Successful | 6. Slightly Above Fully Successful | 9. Outstanding |

1. WORK EFFORT: Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.

2. ADAPTABILITY TO WORK: Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.

3. PROBLEM SOLVING: Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.

4. WORKING RELATIONSHIPS: Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.

5. COMMUNICATION: Communicates clearly and effectively, whether orally or in writing.

6. WORK PRODUCTIVITY: Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.

7. SELF-SUFFICIENCY: Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.

8. SKILL IN WORK: Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered very skillful on the job.

9. WORK MANAGEMENT: Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.

| | DATE | % of Salary |
| --- | --- | --- |
| RATER (Supervisor's signature and duty phone) (Performance Plan used for this rating is current and certified.) | 16 May 96 | |
| REVIEWER (Signature) | 12 Jul 96 | |
| ENDORSER (Optional, signature) | DATE | |
| AWARD APPROVING OFFICIAL (Signature) | APPROVED AWARD 4% | DATE 3 1 JUL 1996 |

○ QSI  ○ OTHER

AF FORM 860A, MAR 89

## CIVILIAN PERFORMANCE AND PROMOTION APPRAISAL PERFORMANCE RATING

| A | TYPE OF RATING *(Enter one of the following codes)*<br>*I - Initial*   **A - Annual**   *O - Other*   *X - Informational* | | APPRAISAL PERIOD *(YY/MM/DD)* | |
|---|---|---|---|---|
| | | | FROM: 00/04/01 | TO: 01/03/31 |

| EMPLOYEE *(Last Name, First, Middle Initial)*<br>HOLT, MICHELLE M. | | | | SSN<br>228137729 | | SALARY<br>$24875 |
|---|---|---|---|---|---|---|

| PAY PLAN<br>GS | SERIES<br>0326 | GRADE<br>05 | STEP<br>05 | ORGAN<br>CG | OFFICE SYMBOL<br>CC | EFFECTIVE DATE<br>01/06/01 |
|---|---|---|---|---|---|---|

### OVERALL PERFORMANCE RATING

**INSTRUCTIONS:** *Overall Performance Rating is derived from the ratings of the performance elements on page 2.*

OVERALL PERFORMANCE RATING

**S**

S  -  **SUPERIOR:** *Employee exceeds all of the elements of the performance plan.*
E  -  **EXCELLENT:** *Employee exceeds more than one-half of the critical elements and meets all other elements.*
F  -  **FULLY SUCCESSFUL:** *Employee meets the requirements of all of the elements of the performance plan.*
M  -  **MINIMALLY ACCEPTABLE:**   *Employee does not meet the requirements of one or more noncritical elements of the performance plan, but meets the requirements for all critical elements.*
U  -  **UNACCEPTABLE:** *Employee does not meet the requirements of one or more critical elements of the performance plan.*

### APPRAISAL FACTORS - MANNER OF PERFORMANCE *(Do not complete if employee is a GS/GM-15 or higher.)*

*Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position as reflected in the Performance Plan (AF Form 860). Based on your observations of the employee's performance, rate EVERY appraisal factor. Use the following scale in making the ratings.*

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
|---|---|---|
| 1. Very Poor<br>2. Far Below Fully Successful<br>3. Below Fully Successful | 4. Slightly Below Fully Successful<br>5. Fully Successful<br>6. Slightly Above Fully Successful | 7. Above Fully Successful<br>8. Far Above Fully Successful<br>9. Outstanding |

| 9 | **1. WORK EFFORT:** | *Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively performing work.* |
|---|---|---|
| 9 | **2. ADAPTABILITY TO WORK:** | *Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions* |
| 9 | **3. PROBLEM SOLVING:** | *Devises effective solutions to problems or identifies effective methods or procedures for accomplishing objectives.* |
| 9 | **4. WORKING RELATIONSHIPS:** | *Sensitive to the behavior of fellow workers, supervisors, and subordinates; maintains effective working relationships with others.* |
| 9 | **5. COMMUNICATION:** | *Communicates clearly and effectively, whether orally or in writing.* |
| 9 | **6. WORK PRODUCTIVITY:** | *Productive during work time; completes his/her work projects, duties, and tasks in a timely manner.* |
| 9 | **7. SELF-SUFFICIENCY:** | *Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.* |
| 9 | **8. SKILL IN WORK:** | *Performs job-associated tasks well, whether they require physical, technical, professional, supervisory, or managerial skills, is considered very skillful on the job.* |
| 9 | **9. WORK MANAGEMENT:** | *Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.* |

### PERFORMANCE AWARD NOMINATION

| AWARD *(Enter "P" - Performance or "Q" - QSI)*<br>P | AWARD PERCENTAGE *(Enter as percentage. e.g., 1.5)*<br>4 0/0 | OTHER AWARD |
|---|---|---|

| RATER *(Supervisor's signature and duty phone)* *(Performance Plan used for this rating is current and certified.)*<br>CHARLES E. BAUMAN, GM-14, DAF 764-6637 | DATE *(YY/MM/DD)*<br>01/04/17 |
|---|---|
| REVIEWER *(Signature)*<br>THOMAS J. INSKEEP, COL, USAF | DATE *(YY/MM/DD)*<br>2001/04/17 |
| ENDORSER *(Optional, signature)* | DATE *(YY/MM/DD)* |

| AWARD APPROVING OFFICIAL *(Signature)* | APPROVED AWARD<br>4 0/0 | DATE *(YY/MM/DD)*<br>19 APR 2001 |
|---|---|---|

**AF FORM 860A, MAY 96 (EF-V2)** *(PerFORM PRO)*          PREVIOUS EDITION WILL BE USED.

## CIVILIAN RATING OF RECORD
*(Please read Privacy Act Statement on reverse before completing this form.)*

| EMPLOYEE (Last Name, First, Middle Initial) | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | SALARY W/O LOCALITY PAY |
|---|---|---|---|---|---|---|
| HOLT, MICHELLE M. | 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 | CG/CC | GS | 0326 | 5/5 | 25,769 |

| APPRAISAL PERIOD | FROM: 20010401 | TO: 20020331 | EFFECTIVE DATE: 20020601 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block(s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s (bullet format, limited to 9 lines). Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award (bullet format, limited to 9 lines).

**PART A. Position Requirements.** *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

| | DOES NOT MEET | MEETS | | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|
| ELEMENT 1 | | X | ELEMENT 8 | | X |
| ELEMENT 2 | | X | ELEMENT 9 | | |
| ELEMENT 3 | | X | ELEMENT 10 | | |
| ELEMENT 4 | | X | ELEMENT 11 | | |
| ELEMENT 5 | | X | ELEMENT 12 | | |
| ELEMENT 6 | | X | ELEMENT 13 | | |
| ELEMENT 7 | | X | ELEMENT 14 | | |

| OVERALL PERFORMANCE RATING | R - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | N - UNACCEPTABLE: Rated "Does Not Meet" Standards" on one or more critical elements. |

**PART B. Impact on Mission Accomplishment.** *(Mandatory completion required for GS-14s/15s.)*

**PART C. Award Justification.** *(Part B may serve as Part C award justification.)*
- Ms Holt has shown extraordinary dedication and ability to meet the high-demanding challenges of the ACC Comm Gp, providing adminstrative support and guidance to adminstrative personnel for 700 people at 3 sqs
  -- Single-handedly supported the Group when the commander's secretary was out for surgery, then reassigned to the headquarters, leaving the position unfilled for several months until the Civilian Personnel Flight could hire a replacement. Ms Holt performed superbly and assumed processing of 238 military performance reports, 189 military decorations, and 158 civilian appraisals for the ACC Comm Gp and the HQ ACC/SC staff.
  -- Maintained suspense system for tracking unit personnel actions and taskings to ensure all were completed in a timely manner--she knows exactly where the unit stands on all personnel actions, giving commanders the information they need at a moment's notice--the first in the unit to use the AF's modernized Civ Pers System

**PART D. Performance Award.**

| AWARD (Enter "P"-Performance or "Q"-QSI) | AWARD PERCENTAGE OR AMOUNT (If P (cash), enter as a percentage, e.g., 1.5, or a dollar amount) | OTHER AWARD (For time-off awards, state number of hours) |
|---|---|---|
| Q | | |

Certification for Time-Off Award (as applicable): I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| | | DATE (YYYYMMDD) |
|---|---|---|
| RATER (Supervisor's signature and duty phone) | 4-6637 | 20020409 |
| REVIEWER (Signature and duty phone) | 4-6641 | 20020410 |
| AWARD APPROVING OFFICIAL (If required-signature and duty phone) | | 20020411 |
| EMPLOYEE (Receipt acknowledged. Signature does not indicate agreement or disagreement.) | | 20020412 |

AF FORM 860A, 19990701   (EF-V3)



**DEPARTMENT OF THE AIR FORCE**
ACC COMMUNICATIONS GROUP (ACC)
LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR RECORD                    9 Apr 03

FROM:  ACC Comm Gp/CD

SUBJECT:  Re-certification of Annual Performance Rating

I authorize re-certification of the 2002 annual performance rating and appraisal factor scores for
the following employee for the appraisal cycle ending 31 Mar 03.

**Michelle M. Holt**                              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

EMPLOYEE'S NAME                          SSAN

RATING OFFICIAL'S SIGNATURE, **Date**    REVIEWING OFFICIAL'S SIGNATURE, **Date**
CHARLES  E. BAUMAN, GM-14, DAF           PORTER B. CLAPP, JR., COL, USAF
Senior Director                          Commander

**AWARD JUSTIFICATION**
- Ms Holt has continued to demonstrate a superb expertise in leading the adminstrative functions for
this group with 3 squadrons and 750 military and civilians, including processing 133 military
performance reports, 118 decorations, 115 civilian appraisals, and 2990 civilian timecards
- When the commander's secretary was detailed to the ACC Comm Gp Security Office for 8 months
of this rating period and attempts to provide temporary replacements, both military and civilian,
failed, Ms Holt pressed on with dedication and hard work, and professionally carried the extra load
- As the primary Air Force Moderized Civilian Personnel Systems expert in the unit, she processed
every civilian personnel action, including deleting all civilian positions in the 212 position A-76
Cost Comparison Study and the 84 new position added by the new Most Efficient Organization

**PA**                      *1185*

Award Type        Award Amount        TOA       AWARD APPROVING OFFICIAL'S
(PA, TOA)         (Whole dollars      hours     SIGNATURE, **Date**
                  only) *4%*                    PORTER B. CLAPP, JR., COL, USAF
                                                Commander

I have been informed of this decision and acknowledge receipt of a copy of this letter.

EMPLOYEE'S SIGNATURE            Date

*Global Power for America*

## CIVILIAN RATING OF RECORD
*(Please read Privacy Act Statement on reverse before completing this form.)*

| EMPLOYEE *(Last Name, First, Middle Initial)* | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | SALARY W/O LOCALITY PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 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 | ACC CG/CC | GS | 318 | 6/5 | $30,416 |

| APPRAISAL PERIOD | FROM | 20030401 | TO: | 20040331 | EFFECTIVE DATE: | 20040601 |
|---|---|---|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element *(s)* in Part A by placing an "X" in the appropriate block *(s)*. The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s *(bullet format, limited to 9 lines)*. Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award *(bullet format, limited to 9 lines)*.

### PART A.  Position Requirements.  *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

|  | DOES NOT MEET | MEETS |  |  | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|---|
| ELEMENT 1 |  | X | ELEMENT 8 |  |  |  |
| ELEMENT 2 |  | X | ELEMENT 9 |  |  |  |
| ELEMENT 3 |  | X | ELEMENT 10 |  |  |  |
| ELEMENT 4 |  | X | ELEMENT 11 |  |  |  |
| ELEMENT 5 |  | X | ELEMENT 12 |  |  |  |
| ELEMENT 6 |  |  | ELEMENT 13 |  |  |  |
| ELEMENT 7 |  |  | ELEMENT 14 |  |  |  |

| OVERALL PERFORMANCE RATING | R - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | N - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements. |

### PART B.  Impact on Mission Accomplishment.  *(Mandatory completion required for GS-14s/15s.)*

### PART C.  Award Justification.  *(Part B may serve as Part C award justification.)*

- Ms Holt has performed superbly, single-handedly carrying a heavy workload previously accomplished by two professionals, enabling the commander to restructure a civilian office automation position into a desparately needed group facilities manager
- A dedicated, hard-working employee, extremely loyal to the organization, Ms Holt has provided personalized secretarial support to the entire 10-person Group staff, especially ensuring the administrative needs of the Group Commander are the highest priority
- Independently managing the command section office, Ms Holt has expertly tracked and processed every military and civilian performance report, every decoration, and every award for three squadrons, including a geographically separated unit, 4 OLs and 1 postal detachment in a group of over 700 military, civilans, and contractors--aggressively working to ensure timeliness & accuracy
- Ms Holt validates and processes timecards for 138 Langley civilians every 2 weeks--praised by the Base Civilian Payroll Office
- In tune with the pulse of the unit, she keeps the Commander, the Deputy, the Superintendent, and Technical Director up on issues

### PART D.  Performance Award.

| AWARD *(Enter "P" - Performance or "Q" - QSI)* | AWARD PERCENTAGE OR AMOUNT  *(If P (cash), enter as a percentage, e.g., 1.5, or a dollar amount)* | OTHER AWARD   *(For time-off awards, state number of hours)* |
|---|---|---|
| **Q** |  |  |

Certification for Time-Off Award  *(as applicable)*:  I have considered fully the wage costs and productivity loss in granting this time-off award.  The amount of time-off granted is commensurate with the individual's contribution or accomplishment.  I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave.  I also considered other available forms of recognition in determining the amount of this time-off award.  Note:  Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

### PART E.  Certification.  *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| RATER  *(Supervisor's signature and duty phone)*<br>Charles E. Bauman, GM-14, DAF, 574-6637 | *[signature]* | DATE *(YYYYMMDD)*<br>20040408 |
|---|---|---|
| REVIEWER  *(Signature and duty phone)*<br>Porter B. Clapp, Jr., Col, USAF, 574-6641 | *[signature]* | DATE *(YYYYMMDD)*<br>2004/04/23 |
| AWARD APPROVING OFFICIAL  *(If required, signature and duty phone)*<br>Porter B. Clapp, Jr., Col, USAF, 574-6641 | *[signature]* | DATE *(YYYYMMDD)*<br>2004/04/23 |
| EMPLOYEE  *(Receipt acknowledged. Signature does not indicate agreement or disagreement.)*<br>*[signature]* | | DATE *(YYYYMMDD)*<br>2004 04 26 |

AF FORM 860A, 19990701  *(IMT-V1)*     PREVIOUS EDITIONS ARE OBSOLETE

# CIVILIAN RATING OF RECORD
*(Please read Privacy Act Statement on reverse before completing this form.)*

| EMPLOYEE *(Last Name, First, Middle Initial)*<br>Holt, Michelle M. | SSN<br>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 | ORGANIZATION<br>ACC CG/CC | PAY PLAN<br>GS | SERIES<br>318 | GRADE/STEP<br>7/5 | SALARY W/O LOCALITY PAY<br>$34,643 |
|---|---|---|---|---|---|---|

| APPRAISAL PERIOD | FROM    20040401 | TO:    20050331 | EFFECTIVE DATE:    20050601 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element *(s)* in Part A by placing an "X" in the appropriate block *(s)*. The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s *(bullet format, limited to 9 lines)*. Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award *(bullet format, limited to 9 lines)*.

**PART A. Position Requirements.** *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

| | DOES NOT MEET | | MEETS | | | DOES NOT MEET | | MEETS |
|---|---|---|---|---|---|---|---|---|
| ELEMENT 1 | | | X | | ELEMENT 8 | | | |
| ELEMENT 2 | | | X | | ELEMENT 9 | | | |
| ELEMENT 3 | | | X | | ELEMENT 10 | | | |
| ELEMENT 4 | | | X | | ELEMENT 11 | | | |
| ELEMENT 5 | | | X | | ELEMENT 12 | | | |
| ELEMENT 6 | | | X | | ELEMENT 13 | | | |
| ELEMENT 7 | | | | | ELEMENT 14 | | | |

| OVERALL PERFORMANCE RATING<br><br>**R** | **R** - ACCEPTABLE: Rated "Meets Standards" on all critical elements.<br>**N** - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |
|---|---|

**PART B. Impact on Mission Accomplishment.** *(Mandatory completion required for GS-14s/15s.)*

**PART C. Award Justification.** *(Part B may serve as Part C award justification.)*

Ms Holt has demonstrated a strong sense of dedication, loyalty, and hard work in managing the office functions of the Group
Her workload, which she handles superbly by herself, is tremendous--previously accomplished by two people . Just the past year,
she processed over 3650 time cards without error, as well as 158 military awards and decorations and 198 Officer and Enlisted
Performance Reports.  Because of her attention to detail, a large number of errors are fixed without senior leaders ever seeing.
She processes Requests for Personnel Action for all Civilian personnel actions in the Group, over 250 this rating period.
Due to her expertise, she has also been selected to back up the GS-15 in processing ACC/SC personnel actions--an unprecidented
vote of confidence.  She is well respected at the Higher Headquaters and is often consulted for administrative advice and assistance
As the senior administrator in the group, she not only supports the Group Commander, she also provides outstanding advice and
assistance to the 3 Squadron Commanders and their administrative staffs, supporting over 700 personnel at Langley and Hill AFBs

**PART D. Performance Award.**

| AWARD *(Enter "P" - Performance or "Q" - QSI)*<br><br>**P** | AWARD PERCENTAGE OR AMOUNT *(If P (cash), enter as a percentage, e.g., 1.5, or a dollar amount)*<br><br>**1300.00** | OTHER AWARD *(For time-off awards, state number of hours)* |
|---|---|---|

Certification for Time-Off Award *(as applicable)*: I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| | DATE *(YYYYMMDD)* |
|---|---|
| RATER *(Supervisor's signature and duty phone)*<br>Charles E. Bauman, GS-14, DAF, 574-6637 | 20050408 |
| REVIEWER *(Signature and duty phone)*<br>Linda K. McMahon, Col, USAF, 574-6641 | 2005 05 19 |
| AWARD APPROVING OFFICIAL *(If required, signature and duty phone)*<br>Linda K. McMahon, Col, USAF, 574-6641 | 2005 05 19 |
| EMPLOYEE *(Receipt acknowledged. Signature does not indicate agreement or disagreement.)* | 2005 04 20 |

**AF FORM 860A, 19990701 (IMT-V1)**     PREVIOUS EDITIONS ARE OBSOLETE

# CIVILIAN RATING OF RECORD
*(Please read Privacy Act Statement on reverse before completing this form.)*

| EMPLOYEE *(Last Name, First, Middle Initial)* | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | TOTAL BASE, LOCALITY AND OTHER SUPPLEMENTAL PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 7729 | CSS/CC | GS | 0318 | 07/08 | $47,844 |

| APPRAISAL PERIOD | FROM: 20110401 | TO: 20120331 | EFFECTIVE DATE: 20120601 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block(s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s *(bullet format, limited to 9 lines)*. Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award *(bullet format, limited to 9 lines)*.

**PART A. Position Requirements.** *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

| | DOES NOT MEET | | | MEETS | | | DOES NOT MEET | | MEETS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELEMENT 1 | | | | X | | ELEMENT 8 | | | | |
| ELEMENT 2 | | | | X | | ELEMENT 9 | | | | |
| ELEMENT 3 | | | | X | | ELEMENT 10 | | | | |
| ELEMENT 4 | | | | X | | ELEMENT 11 | | | | |
| ELEMENT 5 | | | | X | | ELEMENT 12 | | | | |
| ELEMENT 6 | | | | X | | ELEMENT 13 | | | | |
| ELEMENT 7 | | | | | | ELEMENT 14 | | | | |

| OVERALL PERFORMANCE RATING | **R** - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | **N** - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |

**PART B. Impact on Mission Accomplishment.** *(Mandatory completion required for GS-14s/15s.)*

- Simply superb!  Administrative support of 230+ personnel--coordinated all decorations and evals--sqdn CC and CD right hand!
- Implemented new online timekeeping system--became expert quickly, ID'd certifiers, collected user info, trained 120 users
- One-person timekeeping service desk--skillfully interacted with DFAS and DISA achieving 100% customer problem resolution
- Accurately tracked/edited hundreds of EPRs, OPRs, Decs, timecards, memos and letters--high quality and best on-time rate in A6
- Skillfully juggled thousands of front office appointments--put leadership and squadron members in the right place and on time
- Unit Gov Purchase Card Action Officer--adeptly executed budget--cleared $50K+ in purchases--CSS soundly trained & equipped
- Expertly managed personnel action requests--processed 47 RPAs--dealt directly with local Civ Per office and AFPC classifiers
- Precisely maintained military, civilian, and contractor recall info--key to contact leaders and technicians for urgent missions
- Selfless volunteer! Mission of Mercy work gave free dental care to disadvantaged--AFCEA efforts raised money for scholarships

**PART C. Award Justification.** *(Part B may serve as Part C award justification.)*

See Part B

**PART D. Performance Award.**

| AWARD *(Enter "P" - Performance or "Q" - QSI)* | AWARD PERCENTAGE OR AMOUNT *(If P (cash), enter as a percentage, e.g., 1.5, or as a whole dollar amount)* | OTHER AWARD *(For Time-Off Awards, state number of hours) (Example: TOA (40 Hrs)* |
|---|---|---|
| **P** | $1,200 | 16 hrs |

Certification for Time-Off Award *(as applicable)* : I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award.  Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| | DUTY PHONE | DATE *(YYYYMMDD)* |
|---|---|---|
| RATER | (757) 764-6665 | 20120420 |
| REVIEWER | (757) 764-6665 | 20120420 |
| AWARD APPROVING OFFICIAL | (757) 764-6665 | 20120420 |
| EMPLOYEE *(Receipt acknowledged. Signature does not indicate agreement or disagreement.)* | | 20120423 |

AF FORM 860A, 19990701, V3      PREVIOUS EDITIONS ARE OBSOLETE

## CIVILIAN RATING OF RECORD
*(Please read Privacy Act Statement on reverse before completing this form.)*

| EMPLOYEE *(Last Name, First, Middle Initial)* | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | TOTAL BASE, LOCALITY AND OTHER SUPPLEMENTAL PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 7729 | CSS/CCS | GS | 0318 | 07/08 | $47,844 |

| APPRAISAL PERIOD | FROM: 20120401 | TO: 20130331 | EFFECTIVE DATE: 20130601 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block(s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s *(bullet format, limited to 9 lines)*. Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award *(bullet format, limited to 9 lines)*.

**PART A. Position Requirements.** *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

| | DOES NOT MEET | | MEETS | | | DOES NOT MEET | | MEETS |
|---|---|---|---|---|---|---|---|---|
| ELEMENT 1 | | | X | ELEMENT 8 | | | | |
| ELEMENT 2 | | | X | ELEMENT 9 | | | | |
| ELEMENT 3 | | | X | ELEMENT 10 | | | | |
| ELEMENT 4 | | | X | ELEMENT 11 | | | | |
| ELEMENT 5 | | | X | ELEMENT 12 | | | | |
| ELEMENT 6 | | | X | ELEMENT 13 | | | | |
| ELEMENT 7 | | | | ELEMENT 14 | | | | |

| OVERALL PERFORMANCE RATING **R** | **R** - ACCEPTABLE: Rated "Meets Standards" on all critical elements. **N** - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |
|---|---|

**PART B. Impact on Mission Accomplishment.** *(Mandatory completion required for GS-14s/15s.)*
- Outstanding administrative support of 220 personnel; coordinated front office daily ops w/precision--invaluable Squadron asset
- Meticulously tracked & edited hundreds of EPRs, OPRs, Decs, memos & letters--always highest quality, best on-time rate in A6
- Spearheaded front office facility upgrade; sourced new furniture/executed under budget--boosted front office professional image
- Expertly managed unit's timekeeping program; liaised w/Civilian Personal Office & DFAS--maintained stellar 100% ontime rate
- Masterfully deconflicted & synchronized hundreds of appointments; maximized available time--ensured CC in right place & time
- Unit Gov Purchase Card Action Officer--adeptly executed budget--cleared $50K+ in purchases--CSS soundly trained & equipped
- Expertly managed personnel action requests--processed 47 RPAs--dealt directly with local Civ Per office and AFPC classifiers
- Maintained Sq recall rosters; kept personal information up-to-date, accurate & secure--provided key contacts for urgent business
- Service oriented; volunteered at local animal shelter & supported numerous AFCEA functions--bolstered AF & community ties

**PART C. Award Justification.** *(Part B may serve as Part C award justification.)*
See Part B
- My go-to for civilian matters; provided sage advice on multitude of issues--deftly handled any/all issues for over 100 personnel
- Force multiplier! Volunteered to take on numerous secondary/tertiary duties; refuses to let prgms fail--kept Sq mission on track
- Invaluable insight/experience; guided new CC thru labyrinth of staff processes--possesses intangible qualities key to Sq's success

**PART D. Performance Award.**

| AWARD(Enter "P" - Performance or "Q" - QSI) | AWARD PERCENTAGE OR AMOUNT *(If P (cash), enter as a percentage, e.g., 1.5, or as a whole dollar amount)* | OTHER AWARD *(For Time-Off Awards, state number of hours) (Example: TOA (40 Hrs)* |
|---|---|---|
| | | 16 HRS |

Certification for Time-Off Award *(as applicable)*: I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| | DUTY PHONE | DATE (YYYYMMDD) |
|---|---|---|
| RATER | (757) 764-6665 | 20130913 |
| REVIEWER | (757) 764-6665 | 20130905 |
| AWARD APPROVING OFFICIAL | (757) 764-6665 | 20130905 |
| EMPLOYEE *(Receipt acknowledged. Signature does not indicate agreement or disagreement.)* | | 20130913 |

**AF FORM 860A, 19990701, V3**     PREVIOUS EDITIONS ARE OBSOLETE

## CIVILIAN RATING OF RECORD
(Please read Privacy Act Statement on reverse before completing this form.)

| EMPLOYEE (Last Name, First, Middle Initial) | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | TOTAL BASE, LOCALITY AND OTHER SUPPLEMENTAL PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 7729 | CSS/CC | GS | 0318 | 07/08 | $47,844 |

| APPRAISAL PERIOD | FROM: | 20130401 | TO: | 20140331 | EFFECTIVE DATE: | 20140601 |
|---|---|---|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block (s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s (bullet format, limited to 9 lines). Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award (bullet format, limited to 9 lines).

**PART A. Position Requirements.** (Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)

| | DOES NOT MEET | MEETS | | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|
| ELEMENT 1 | | X | ELEMENT 8 | | |
| ELEMENT 2 | | X | ELEMENT 9 | | |
| ELEMENT 3 | | X | ELEMENT 10 | | |
| ELEMENT 4 | | X | ELEMENT 11 | | |
| ELEMENT 5 | | X | ELEMENT 12 | | |
| ELEMENT 6 | | X | ELEMENT 13 | | |
| ELEMENT 7 | | | ELEMENT 14 | | |

| OVERALL PERFORMANCE RATING | R - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | N - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |

**PART B. Impact on Mission Accomplishment.** (Mandatory completion required for GS-14s/15s.)
- Outstanding administrative support of 185 personnel; coordinated front office daily ops w/precision--invaluable Squadron asset
- Meticulously tracked & edited over 120 EPRs, OPRs, and decorations--always highest quality, best on-time rate in ACC/A6
- Terrific managing organizational inbox--always empty at end of day--ensures all emails forwarded, filed, or tasks assigned
- Expertly managed unit's timekeeping program; liaised w/Civilian Personal Office & DFAS--maintained stellar 100% ontime rate
- Masterfully deconflicted & synchronized hundreds of appointments; maximized available time--ensured CC in right place & time
- Unit Gov Purchase Card Action Officer--adeptly executed budget--cleared $50K+ in purchases--CSS soundly trained & equipped
- Expertly managed personnel action requests--processed 30 RPAs--dealt directly with local Civ Per office and AFPC classifiers
- Demand Reduction Trusted Agent; contacted 30 personnel/overcame conflicts--nailed 100% accountability and zero no-shows
- Selfless vol; Mission of Mercy work facilitated free dental care for disadvantaged--spt'd fundraisers for AFCEA scholarship prgrm

**PART C. Award Justification.** (Part B may serve as Part C award justification.)
See Part B
- My go-to for civilian matters; provided sage advice on multitude of issues--deftly handled any/all issues for over 100 personnel
- Focal point for civilian appraisals; provided quality control for 100 evaluations; finalized award spreadsheet w/CC and CPO
- Force multiplier!  Volunteered to take on numerous secondary/tertiary duties; refuses to let prgms fail--kept Sq mission on track
- Invaluable insight/experience; guided Sq prsnl thru labyrinth of staff processes--possesses intangible qualities key to Sq's success

**PART D. Performance Award.**

| AWARD(Enter "P" - Performance or "Q" - QSI) | AWARD PERCENTAGE OR AMOUNT (If P (cash), enter as a percentage, e.g., 1.5, or as a whole dollar amount) | OTHER AWARD (For Time-Off Awards, state number of hours) (Example: TOA (40 Hrs)) |
|---|---|---|
| **P** | $ 628 | 32 hrs |

Certification for Time-Off Award (as applicable) : I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** (Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)

| | DUTY PHONE | DATE (YYYYMMDD) |
|---|---|---|
| RATER | (757) 764-6665 | 20140512 |
| REVIEWER | (757) 764-6665 | 20140512 |
| AWARD APPROVING OFFICIAL | (757) 764-6665 | 20140512 |
| EMPLOYEE (Receipt acknowledged. Signature does not indicate agreement or disagreement.) | | DATE (YYYYMMDD) |

**AF FORM 860A, 19990701, V3**     PREVIOUS EDITIONS ARE OBSOLETE

## CIVILIAN RATING OF RECORD

| EMPLOYEE (Last Name, First, Middle Initial) | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | TOTAL BASE, LOCALITY AND OTHER SUPPLEMENTAL PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 7729 | ACC CSS/CC | GS | 0318 | 07/09 | $50,119 |

| APPRAISAL PERIOD | FROM: | 20140401 | TO: | 20150331 | | EFFECTIVE DATE: | 20150601 |
|---|---|---|---|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block (s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Section for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s  (bullet format, limited to 9 lines). Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award  (bullet format, limited to 9 lines).

**PART A. Position Requirements.** *(Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)*

| | DOES NOT MEET | MEETS | | | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|---|
| ELEMENT 1 | | X | ELEMENT 8 | | | |
| ELEMENT 2 | | X | ELEMENT 9 | | | |
| ELEMENT 3 | | X | ELEMENT 10 | | | |
| ELEMENT 4 | | X | ELEMENT 11 | | | |
| ELEMENT 5 | | X | ELEMENT 12 | | | |
| ELEMENT 6 | | X | ELEMENT 13 | | | |
| ELEMENT 7 | | | ELEMENT 14 | | | |

| OVERALL PERFORMANCE RATING **R** | **R** - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| | **N** - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |

**PART B. Impact on Mission Accomplishment.** *(Mandatory completion required for GS-14s/15s.)*

- Top notch admin support for 185 personnel; coord'd front office daily ops w/precision--flawlessly absorbed flight admin support
- Meticulously tracked & edited over 120 EPRS, OPRs, and decorations; tackled static close out date bow wave with ease--zero late
- Outstanding organization inbox admin; ensures all emails forwarded, filed and tasked--id'd access issue; secured PII/FOUO info
- Expertly managed unit's timekeeping program; liaised w/Civilian Pay Office & DFAS--maintained stellar 100% on-time rate
- Masterfully deconflicted/synchronized hundreds of appts; maximized time w/senior comm ldrs--ensured CC was in right places
- Expertly managed personnel action requests; worked 31 fill actions w/CPO & AFPC--guided unit personnel thru FY-15/16 cuts
- Demand Reduction Trusted Agent; contacted 35 personnel/overcame conflicts--flawless 100% accountability with zero no-shows
- Focal point for CSS civilian appraisals; provided quality control for 100 evaluations--finalized award spreadsheet w/CC and CPO
- Drove successful CSS move to A6 Bldg; coord'd front office prep/furniture redesign--executed in less than 3 weeks; lauded by A6

**PART C. Award Justification.** *(Part B may serve as Part C award justification.)*

See Part B

**PART D. Performance Award.**

| AWARD(Enter "P" - Performance or "Q"- QSI) | AWARD PERCENTAGE OR AMOUNT (If P (cash), enter as a percentage, e.g., 1.5, or as a whole dollar amount) | OTHER AWARD (For Time-Off Awards, state number of hours) (Example: TOA (40 Hrs) |
|---|---|---|
| P | $1,300 $1,100 PSM | 40 Hrs |

Certification for Time-Off Award  *(as applicable)* : I have considered fully the wage costs and productivity loss in granting this time-off award.  The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** *(Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)*

| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 2015/04/24 | RATER | Click to sign |
|---|---|---|---|
| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 2015/04/24 | REVIEWER | MARTIN.RANDALL.S.1208288950 |
| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 2015/04/24 | AWARD APPROVING OFFICIAL | JENNINGS.MARTIN.T.1164743663 |
| DUTY PHONE 4-6641 | DATE (YYYYMMDD) 20150427 | EMPLOYEE *(Receipt acknowledged. Signature does not indicate agreement or disagreement.)* | |

PRIVACY ACT STATEMENT

AUTHORITY:  10 U.S.C. 8013 and Executive Order 9397 (SSN), as amended.
PURPOSE: The Social Security Number is needed to correctly identify the employee.
ROUTINE USE:  This information maybe be disclosed to another agency if the employee transfers to another agency.
DISCLOSURE:  Voluntary.  However, without it, it may affect the ability to accurately identify the employee and the records.

**AF FORM 860A, 20140512, V4**          PREVIOUS EDITIONS ARE OBSOLETE

## CIVILIAN RATING OF RECORD

| EMPLOYEE (Last Name, First, Middle Initial) | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | TOTAL BASE, LOCALITY AND OTHER SUPPLEMENTAL PAY |
|---|---|---|---|---|---|---|
| Holt, Michelle M. | 7729 | ACC CSS/CC | GS | 0318 | 07/09 | $50,709 |

| APPRAISAL PERIOD | FROM: 20150401 | TO: 20160331 | EFFECTIVE DATE: 20160601 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element(s) in Part A by placing an "X" in the appropriate block(s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Section for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s (bullet format, limited to 9 lines). Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award (bullet format, limited to 9 lines).

**PART A. Position Requirements.** (Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)

| | DOES NOT MEET | MEETS | | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|
| ELEMENT 1 | | ✓ | ELEMENT 8 | | |
| ELEMENT 2 | | ✓ | ELEMENT 9 | | |
| ELEMENT 3 | | ✓ | ELEMENT 10 | | |
| ELEMENT 4 | | ✓ | ELEMENT 11 | | |
| ELEMENT 5 | | ✓ | ELEMENT 12 | | |
| ELEMENT 6 | | ✓ | ELEMENT 13 | | |
| ELEMENT 7 | | | ELEMENT 14 | | |

| OVERALL PERFORMANCE RATING | R - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | N - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |

**PART B. Impact on Mission Accomplishment.** (Mandatory completion required for GS-14s/15s.)

- Excellent human resources/admin support for 185+ personnel; coordinated front office daily ops--executed civilian pay actions
- Expertly tracked/edited over 120 EPRS, OPRs and decorations--retooled process for static close outs--named model sq by FSS
- Diligently managed unit's timekeeping program; liaised w/Civilian Personnel Office & DFAS--kept outstanding 100% ontime rate
- Deftly synchronized hundreds of appts; coordinated senior comm ldrs' time/schedules--ensured CC was in right place, everytime
- Quickly worked personnel action requests; sped fill actions w/CPO; AFPC--minimized impact of FY-16/17 cuts on sq personnel
- Demand Reduction Trusted Agent; contacted 52 personnel/overcame conflicts--flawless 100% accountability with zero no-shows
- Focal point for CSS civilian appraisals; provided quality control for 79 evaluations--finalized award spreadsheet w/CC and CPO
- Relentlessly maintained living manpower document--captured critical personnel information--vital tool for snr decision-makers
- Coordinated CC's support staff; managed unit programs--central conduit for CC/CD to 187 unit members--indispensible counsel

**PART C. Award Justification.** (Part B may serve as Part C award justification.)

See Part B

**PART D. Performance Award.**

| AWARD (Enter "P" - Performance or "Q" - QSI) | AWARD PERCENTAGE OR AMOUNT (If P (cash), enter as a percentage, e.g., 1.5, or as a whole dollar amount) (Example: TOA (40 Hrs)) | OTHER AWARD (For Time-Off Awards, state number of hours) |
|---|---|---|
| P | $1,100 | 40 hrs |

Certification for Time-Off Award (as applicable): I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

**PART E. Certification.** (Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)

| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 20160503 | RATER _(signature)_ |
|---|---|---|
| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 20160507 | REVIEWER _(signature)_ |
| DUTY PHONE (757) 764-6665 | DATE (YYYYMMDD) 20160503 | AWARD APPROVING OFFICIAL _(signature)_ |
| DUTY PHONE (757) 764-6641 | DATE (YYYYMMDD) 20160504 | EMPLOYEE (Receipt acknowledged. Signature does not indicate agreement or disagreement.) _(signature)_ |

PRIVACY ACT STATEMENT

AUTHORITY: 10 U.S.C. 8013 and Executive Order 9397 (SSN), as amended.
PURPOSE: The Social Security Number is needed to correctly identify the employee.
ROUTINE USE: This information mayb be disclosed to another agency if the employee transfers to another agency.
DISCLOSURE: Voluntary. However, without it, it may affect the ability to accurately identify the employee and the records.

**AF FORM 860A, 20140512, V4**     PREVIOUS EDITIONS ARE OBSOLETE

# DEPARTMENT OF DEFENSE
## CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL

| EMPLOYEE NAME: *(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID NUMBER: 1229599824 | APPRAISAL YEAR *(YYYY):* | 2018 |
|---|---|---|---|---|

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 43, Performance Appraisal; 5 CFR 430.205, Agency Performance Appraisals; 10 U.S.C. 136, Under Secretary of Defense for Personnel and Readiness; and DoDI 1400.25, Volume 431, DoD Civilian Personnel Management System: Performance Management and Appraisal Program; and DoDI 1400.25, Volume 1100, Civilian Human Resources Management Information Technology Portfolio.

**PRINCIPAL PURPOSE(S):** To document performance elements, associated performance standards, progress review(s) and ratings of record.

**ROUTINE USE(S):** Applicable Blanket Routine Use(s) are: Law Enforcement Routine Use, Disclosure When Requesting Information Routine Use, Disclosure of Requested Information Routine Use, Congressional Inquiries Routine Use, Disclosure to the Office of Personnel Management Routine Use, Disclosure to the Department of Justice for Litigation Routine Use, Disclosure of Information to the National Archives and Records Administration Routine Use, Disclosure to the Merit Systems Protection Board Routine Use, and Data Breach Remediation Purposes Routine Use. The DoD Blanket Routine Uses set forth at the beginning of the Office of the Secretary of Defense (OSD) compilation of systems of records notices may apply to this system. The complete list of DoD Blanket Routine Uses can be found online at:
http://dpcld.defense.gov/Privacy/SORNsIndex/BlanketRoutineUses.aspx.
The applicable system of records notice is DPR 34 DoD, Defense Civilian Personnel Data System, located at:
http://dpcld.defense.gov/Privacy/SORNsIndex/DODwideSORNArticleView/tabid/6797/Article/570697/dpr-34-dod.aspx.

**DISCLOSURE:** Voluntary; however, if you are unable or unwilling to complete the administrative portion, your supervisor will complete it to ensure performance review is linked to individual performance, recognition, and awards.

### INSTRUCTIONS FOR COMPLETING THE CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL

**Cover Sheet (Page 1):** Enter the employee's full name, DoD ID number, and the current appraisal year. *(Completed by employee or Rating Official/ Supervisor.)*

**PART A - Administrative Data.** *(Completed by employee and/or Rating Official/Supervisor.)*
1. Appraisal Period: a. Enter the rating start date of the appraisal cycle. b. Enter the end date of the appraisal cycle. c. Enter the Effective Date of the Rating of Record. NOTE: The DoD Performance Management and Appraisal Program cycle is April 1 - March 31 with effective date June 1. The minimum evaluation period is 90 calendar days.
2. Employee Name: Enter the name of the employee (last, first, middle initial).
3. DoD ID Number: Number found on the back of Common Access Card (NOTE: Do not enter SSN).
4. Position Title and Position Description Number: Enter the official position title and official position description number found in block 15 of SF-50.
5. Pay Plan/Occupational Code/Grade/Step: Enter the employee's pay plan, occupational code (series), grade, and step as of the date the performance plan is established. May be found in blocks 16, 17, 18 and 19 of SF-50.
6. Organization: Enter the name of the employee's organization.
7. Duty Station: Enter the duty station found in block 39 of SF-50.

**PART B - Acknowledgement of Performance Discussions.** *(Completed by employee, Rating Official/Supervisor and Higher Level Reviewer in accordance with DoDI 1400.25 Volume 431 and local policy.)*
Enter full name, signature and date of acknowledgement by employee, rating official/supervisor and higher level reviewer as appropriate to document the communication of performance plan(s), progress review(s), modification(s) and rating(s) of record. If modification(s) to the performance elements and standards are required, enter date modification occurred.

**PART C – DoD Core Values and Organizational Goals.** *(Completed by Rating Official/Supervisor and discussed with employee.)*
DoD Core Values of Leadership, Professionalism, and Technical Knowledge. DoD Core Values and Component/Organization goals and mission statements will be discussed with employees and annotated on all performance plans in accordance with DoDI 1400.25, Volume 431.

**PART D - Performance Element and Standards.** *(Completed by the employee and Rating Official/Supervisor.)*
**NOTE: Use the "Duplicate" button at the top of the page to duplicate this page for each element developed.**
1. Total Number of Elements. Enter the total number of elements.
2. Element Number. Enter the corresponding number to the element against which the employee is being evaluated.
3. Element Title. Enter the title of the element.
4. Effective Date. Enter date the element was approved (whether initial establishment or newly modified - whichever is more recent).
5. Element and Standard(s). Write elements and associated standards that are clearly aligned with the organization's mission.
6. Employee Input (optional). Employees are encouraged to provide a written account of their accomplishments related to each element and associated standards provided in their performance plan. For example, the employee may describe how their contributions enabled mission accomplishment.
7. Performance Element Narrative. Supervisors are required to justify performance element ratings of "Outstanding" or "Unacceptable" with a narrative. A narrative is highly encouraged for "Fully Successful" element ratings. The performance narrative must address the employee's performance against the specific element. Employees are not given a performance narrative or performance elements ratings on progress reviews in accordance with DoDI 1400.25, Volume 431.
8. Element Rating. Mark (X) a rating for each element (5, 3, 1, or NR (Not Rated)).
**NOTE:** Review employee position descriptions to ensure they are relevant.

**PART E – Performance Rating Summary.** *(Completed by Rating Official/Supervisor.)* See below for column usage.

**Element Number -** From Part D block 2., number of the element(s) for which the employee is being evaluated (10 elements maximum).

**Element Title -** Enter title of element (refer to Part D block 3).

**Element Rating -** Enter the rating for the element (5, 3, or 1) (refer to Part D block 8).

**Summary Rating:** Summary Rating is obtained by adding the values in the Element Rating column and dividing by the number of rated elements (round to the nearest tenth). Enter the result in Block A1.

**Rating of Record:** Use the Summary Rating in block A1 to determine the Rating of Record in Block A2. Compare the A1 value to the Summary Level Chart to obtain the Rating of Record.

**NOTE:** When a rating on any element is "1" - Unacceptable, the overall Rating of Record shall be "1" - Unacceptable, regardless of the Summary Rating. Higher Level Review is required in accordance with DoDI 1400.25, Volume 431.

**Continuation Sheet.** If additional space is needed for general information, progress reviews, or responses, use this page and duplicate as needed. Each continuation sheet and item being continued must be numbered.

**DD FORM 2906, MAR 2016**            PREVIOUS EDITION IS OBSOLETE            Page 1 of 5 Pages

### *** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL**

**PART A – ADMINISTRATIVE DATA**
*(To be completed by Employee or Rating Official/Supervisor)*

| 1. APPRAISAL PERIOD | a. START DATE *(YYYYMMDD)* 20170401 | b. END DATE *(YYYYMMDD)* 20180331 | c. RATING OF RECORD EFFECTIVE DATE *(YYYYMMDD)* 20180601 |
|---|---|---|---|

**2. EMPLOYEE NAME** *(Last, First, Middle Initial)*
Holt, Michelle M

**3. DoD ID NUMBER**
1229599824

**4. POSITION TITLE AND POSITION DESCRIPTION NUMBER**
SECRETARY (OA)

**5. PAY PLAN/OCCUPATIONAL CODE/GRADE/STEP**
GS/0318/07/10

**6. ORGANIZATION**
ACC COMM SUPPORT SQ

**7. DUTY STATION**
LANGLEY AFB / HAMPTON / VIRGINIA

**PART B – ACKNOWLEDGEMENT OF PERFORMANCE DISCUSSION**
*(Completed by Employee, Rating Official/Supervisor, and Higher Level Reviewer (Manager) in accordance with DoDI 1400.25, Volume 431)*

| | PERFORMANCE PLAN/ VALUES DISCUSSION | PROGRESS REVIEW | MODIFICATIONS *(If applicable)* | RATING OF RECORD |
|---|---|---|---|---|
| **EMPLOYEE:** Signature: | Michelle M Holt | Michelle M Holt | | |
| Date *(YYYYMMDD)* | 20170810 | 20171108 | | |
| **RATING OFFICIAL/ SUPERVISOR:** Printed Name: | Martin, Randall S | Martin, Randall S | | Martin, Randall S |
| Signature: | Randall S Martin | Randall S Martin | | Randall S Martin |
| Date: *(YYYYMMDD)* | 20170725 | 20171102 | | 20180501 |
| Communication Method *(face-to-face, telephone, other)* | [x] Face-to-face [ ] Telephone [ ] Other: | [x] Face-to-face [ ] Telephone [ ] Other: | [ ] Face-to-face [ ] Telephone [ ] Other: | [x] Face-to-face [ ] Telephone [ ] Other: |
| **HIGHER LEVEL REVIEWER:** Printed Name: | TINSLEY, DONALD L. | | | TINSLEY, DONALD L. |
| Signature: | DONALD L TINSLEY | | | DONALD L TINSLEY |
| Date: *(YYYYMMDD)* | 20170726 | | | 20180427 |

**MODIFICATION(S) TO PERFORMANCE ELEMENTS AND STANDARDS** *(If applicable): (Limited to 2,000 characters)*

**DD FORM 2906, MAR 2016**     PREVIOUS EDITION IS OBSOLETE     Page 2 of 5 Pages

*** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW(S), AND APPRAISAL**

| EMPLOYEE NAME: *(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID NUMBER: | 1229599824 | APPRAISAL YEAR *(YYYY):* | 2018 |
|---|---|---|---|---|---|

**PART C - DoD CORE VALUES and ORGANIZATIONAL GOALS** *(Completed by Rating Official/Supervisor and discussed with employee.)*
**DoD Core Values of Leadership, Professionalism, and Technical Knowledge**

DoD Core Values and Component/Organization goals and mission statements will be discussed with the employee and annotated on all performance plans in accordance with DoDI 1400.25, Volume 431. *(Limited to 1,000 characters)*

```
ACC Priorities
Improve SQ Readiness
Build Leaders
Bring the Future Faster
A6 Mission Statement
Defense of CAF networks and core mission systems
ACC CSS
Information...get it here, get it now, get it right!
```

**PART D - PERFORMANCE ELEMENT AND STANDARDS** *(Completed by the employee and Rating Official/Supervisor.)*

| 1. TOTAL NUMBER OF ELEMENTS *(Max. 10 elements)* | 2. ELEMENT NUMBER | 3. ELEMENT TITLE | 4. EFFECTIVE DATE *(YYYYMMDD)* |
|---|---|---|---|
| 4 | 1 | Administrative | 20170609 |

**5. ELEMENT AND STANDARD(S)** *(Limited to 1,500 Characters)*

Maintains supervisor's calendar, coordinates meeting arrangements, and/or schedules meetings and/or conferences. Makes necessary arrangements such as location, time, contacting participants, and ensuring all required materials and services are provided. Informs supervisor of conflicts and reschedules appointments as necessary. Receives telephone calls, greets visitors, and ascertains the nature of the calls or visits. Based upon detailed knowledge of the organization and its programs and operations, determines appropriate action. When supervisor is not available, determines whether important business and high ranking calls and visitors should be referred to another staff member or delayed until supervisor is available, taking telephone messages or making later appointments as appropriate. Personally provides administrative and readily available operational information to callers and visitors upon determination of their rights to receive the information; answers substantive nontechnical requests for information which can be provided based on information from records and files or personal knowledge of the organization.
- Almost always promptly and courteously receives, greets, and answers questions for information from visitors and telephone callers with no more than 3 exceptions
- Efficiently maintains calendar and promptly informs supervisor of any changes or conflicts with no more than 5 exceptions

**6. EMPLOYEE INPUT** *(Optional) (Completed by Employee - Limited to 2,000 characters)*

Coordinates front office daily ops with precision. Masterfully deconflicted and synchronized hundreds of appointments; maximized available time, ensured Commander in right place and at the right time. When senior members are in meetings or are out of the office quickly determines urgency of messages and knows when to interrupt meetings or track down the senior leaders. Has broad knowledge of the squadron's missions, accurately ascertains the nature of inquiries and routes the caller or visitor to the appropriate staff member so the caller or visitor is completely satisfied.

**7. PERFORMANCE ELEMENT NARRATIVE** *(Completed by Rating Official - limited to 2,000 characters)*

Ms. Holt successfully met and sometimes exceeded the requirements of her administrative performance element. She almost always promptly and courteously received, greeted, and answered questions for information from visitors and telephone callers. Ms. Holt efficiently maintained the Commander's calendar and promptly informed him of any changes or conflicts.

**8. ELEMENT RATING** *(X one):*

| 5 - OUTSTANDING *(Requires justification)* | X 3 - FULLY SUCCESSFUL | 1 - UNACCEPTABLE *(Requires justification)* | NR - NOT RATED |
|---|---|---|---|

**DD FORM 2906, MAR 2016**           PREVIOUS EDITION IS OBSOLETE           Copy 5 of 8     Page 3 of 5 Pages

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW(S), AND APPRAISAL**

| EMPLOYEE NAME:<br>*(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID<br>NUMBER: | 1229599824 | APPRAISAL<br>YEAR *(YYYY)*: | 2018 |
|---|---|---|---|---|---|

**PART C - DoD CORE VALUES and ORGANIZATIONAL GOALS** *(Completed by Rating Official/Supervisor and discussed with employee.)*
**DoD Core Values of Leadership, Professionalism, and Technical Knowledge**

DoD Core Values and Component/Organization goals and mission statements will be discussed with the employee and annotated on all performance plans in accordance with DoDI 1400.25, Volume 431. *(Limited to 1,000 characters)*

```
ACC Priorities
Improve SQ Readiness
Build Leaders
Bring the Future Faster
A6 Mission Statement
Defense of CAF networks and core mission systems
ACC CSS
Information...get it here, get it now, get it right!
```

**PART D - PERFORMANCE ELEMENT AND STANDARDS** *(Completed by the employee and Rating Official/Supervisor.)*

| 1. TOTAL NUMBER OF ELEMENTS<br>*(Max. 10 elements)* | 2. ELEMENT NUMBER | 3. ELEMENT TITLE | 4. EFFECTIVE DATE *(YYYYMMDD)* |
|---|---|---|---|
| 4 | 2 | Document Review | 20170609 |

**5. ELEMENT AND STANDARD(S)** (Limited to 1,500 Characters)

```
Reviews and processes incoming and outgoing correspondence, reports, and citations. Reviews all electronic mail
addressed to the ACC CSS Commander, taking action as necessary; routing to the correct individual, setting
suspenses, or providing requested information. Reviews and proofreads all officer and senior enlisted performance
reports, decorations, and awards for grammatical accuracy and conformance with regulations; ensures reports and
citations are ready for signature. Reviews outgoing correspondence prepared by others for procedural and
grammatical accuracy, conformance with general policy, and factual correctness. Advises the writer of any
deviations or inadequacies. Ensures formal internal and external coordination procedures have been followed.
- Reviews and provides advice and guidance to correct documents consistent with appropriate guidelines within 16
working hours of receipt in a coherent, articulate, positive, helpful manner
- Provides accurate editing guidance on documents consistent with appropriate guidelines with no more than 6
exceptions
```

**6. EMPLOYEE INPUT** *(Optional) (Completed by Employee - Limited to 2,000 characters)*

```
Expertly tracked and edited hundreds of memos, letters, EPRs, OPRs, and decorations. Outstanding administration
of organizational email account. Ensured all emails were forwarded in a timely manner and secured PII/FOUO
information.
```

**7. PERFORMANCE ELEMENT NARRATIVE** *(Completed by Rating Official - limited to 2,000 characters)*

```
Ms. Holt exceeded performance standards in her role as document reviewer. She consistently provided advice and
guidance to correct documents to meet appropriate guidelines within 8 working hours of receipt in a coherent,
articulate, positive, helpful manner and provided accurate editing guidance on documents consistent with
appropriate guidelines.
Ms. Holt accurately edited hundreds of enlisted and officer performance reports, decorations, timecards, and
letters ensuring the squadron maintained very high quality correspondence, reports, and citations. In addition,
she was quality control guru for 70+ civilian annual appraisals, ensuring policy and guidance were followed on
forms. She also skillfully administered the organizational email account ensuring all emails were forwarded in a
timely manner while securing PII/FOUO information.
Ms. Holt stepped also up to the job of Unit Task Management Tracking. Learned the program quickly keeping the
squadron's task correspondence flowing in a timely fashion.
```

**8. ELEMENT RATING** *(X one)*:

| [X] 5 - OUTSTANDING<br>*(Requires justification)* | [ ] 3 - FULLY SUCCESSFUL | [ ] 1 - UNACCEPTABLE<br>*(Requires justification)* | [ ] NR - NOT RATED |
|---|---|---|---|

*** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW(S), AND APPRAISAL**

| EMPLOYEE NAME: *(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID NUMBER: | 1229599824 | APPRAISAL YEAR *(YYYY)*: | 2018 |
|---|---|---|---|---|---|

**PART C - DoD CORE VALUES and ORGANIZATIONAL GOALS** *(Completed by Rating Official/Supervisor and discussed with employee.)*
**DoD Core Values of Leadership, Professionalism, and Technical Knowledge**

DoD Core Values and Component/Organization goals and mission statements will be discussed with the employee and annotated on all performance plans in accordance with DoDI 1400.25, Volume 431. *(Limited to 1,000 characters)*

```
ACC Priorities
Improve SQ Readiness
Build Leaders
Bring the Future Faster
A6 Mission Statement
Defense of CAF networks and core mission systems
ACC CSS
Information...get it here, get it now, get it right!
```

**PART D - PERFORMANCE ELEMENT AND STANDARDS** *(Completed by the employee and Rating Official/Supervisor.)*

| 1. TOTAL NUMBER OF ELEMENTS *(Max. 10 elements)* | 2. ELEMENT NUMBER | 3. ELEMENT TITLE | 4. EFFECTIVE DATE *(YYYYMMDD)* |
|---|---|---|---|
| 4 | 3 | Personnel | 20170609 |

**5. ELEMENT AND STANDARD(S)** (Limited to 1,500 Characters)

Processes local coordination and Requests for Personnel Actions (RPA) for the Squadron. Ensures information on the RPAs is correct and complete using the unit manning document and the personnel control roster. Maintains position description library. Reviews and updates the Personnel Hierarchy database. Serves as unit timekeeper ensuring time and attendance entries are made by employees and supervisors in accordance with established procedures using appropriate software. Acts as squadron liaison with base-level timekeeping office. As Trusted Agent for drug testing, receives notification of drug tests and notifies selected personnel. As Alternate Leave Web monitor, verifies correctness of the information submitted by member and approves/disapproves leave. Purchases deployment equipment requested by Commander, Unit Deployment Manger and Resource Advisor.
- Submits accurate, well reviewed RPAs within 48 hours after having received the information required to complete the RPA with no more than 5 execptions
- Reviews timekeeping status for civilian employees and notifies employees and their supervisors to certify their entries when they are due for each pay period with no more than 3 exceptions
- Accurately updates Personnel Hierarchy database within 2 days from request with only 4 exceptions

**6. EMPLOYEE INPUT** *(Optional) (Completed by Employee - Limited to 2,000 characters)*

Expertly processed and tracked personnel action requests. Processed 36 personnel actions, working directly with the local CIV Pers office and AFPC. Tracked personnel actions working with Civ Pers and AFPC, quickly resolving all issues. Accurately verified all position information using the Personnel Control Roster. Focal point for squadron civilian appraisal program; provided quality control for 70 civilian appraisals. Demand Reduction Trusted Agent; flawless 100% accountability with zero no-shows. Meticulously reviews and approves military leave requests. Ensured leave request had correct number of days requested and had complete leave address.

**7. PERFORMANCE ELEMENT NARRATIVE** *(Completed by Rating Official - limited to 2,000 characters)*

Ms Holt exceeded expectations in processing personnel actions, timekeeping for the unit, and as purchase agent for the Commander, Resource Advisor and Unit Deployment Manager.
She overcame the unwieldy Air Force personnel system and expertly coordinated and executed 36 force shaping actions with the Civilian Personnel Office and Air Force Personnel Center getting manpower into positions as fast as the process would allow. In addition, she meticulously organized a position description library giving squadron leadership access to a complete and accurate source of information about the unit's billets. Also, she became a self-taught expert on the new civilian appraisal system and quickly became a knowledgeable source for the unit's civilians.
As the Squadron Timekeeper Ms. Holt was a one-person timekeeping service desk! She flawlessly changed work schedules keeping unit missions on track. She also stayed abreast of changes and led the unit's Family Medical Leave Act compliance strategy.
Ms. Holt efficiently purchased critical equipment for deploying Airmen ensuring the unit's warriors arrived in forward areas mission-ready.
As Alternate Leave Web Monitor, she meticulously ensured leave requests were filled out completely and correctly in every case.

**8. ELEMENT RATING** *(X one)*:

| [X] 5 - OUTSTANDING *(Requires justification)* | [ ] 3 - FULLY SUCCESSFUL | [ ] 1 - UNACCEPTABLE *(Requires justification)* | [ ] NR - NOT RATED |
|---|---|---|---|

*** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW(S), AND APPRAISAL**

| EMPLOYEE NAME: *(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID NUMBER: 1229599824 | APPRAISAL YEAR *(YYYY)*: 2018 |
|---|---|---|---|

**PART C - DoD CORE VALUES and ORGANIZATIONAL GOALS** *(Completed by Rating Official/Supervisor and discussed with employee.)*
**DoD Core Values of Leadership, Professionalism, and Technical Knowledge**

DoD Core Values and Component/Organization goals and mission statements will be discussed with the employee and annotated on all performance plans in accordance with DoDI 1400.25, Volume 431. *(Limited to 1,000 characters)*

```
ACC Priorities
Improve SQ Readiness
Build Leaders
Bring the Future Faster
A6 Mission Statement
Defense of CAF networks and core mission systems
ACC CSS
Information...get it here, get it now, get it right!
```

**PART D - PERFORMANCE ELEMENT AND STANDARDS** *(Completed by the employee and Rating Official/Supervisor.)*

| 1. TOTAL NUMBER OF ELEMENTS *(Max. 10 elements)* | 2. ELEMENT NUMBER | 3. ELEMENT TITLE | 4. EFFECTIVE DATE *(YYYYMMDD)* |
|---|---|---|---|
| 4 | 4 | Teamwork and Communication | 20170605 |

**5. ELEMENT AND STANDARD(S)** *(Limited to 1,500 Characters)*

Ordinarily displays dependability and reliability. Promotes open communication. Contributes creative ideas and actively participates in team meetings resulting in added value to the team's products and services. When problems arise, explores causes and assists in resolving them. Works with team members to appropriately implement decisions. Is usually open minded to new ideas and approaches in implementing the team's goals. Willingly accepts and acts on constructive criticism.
- Regularly cooperates with coworkers and others in meeting commitments and accomplishing assigned work on time; e.g., sharing information freely.
- Fosters productive and cooperative working relationships by showing understanding, courtesy, tact, and politeness to others with no more than 3 valid complaints.
- Responds constructively to feedback, seeking ways to improve. Consistently raises concerns in a constructive manner and offers potential solutions.
- Meets required suspenses in 90% of cases, but address all queries from Squadron or higher level leadership by COB of same day. Elevates issues to appropriate level for action within one day of their appearance.

**6. EMPLOYEE INPUT** *(Optional) (Completed by Employee - Limited to 2,000 characters)*

Is well respected at higher HQ and is often consulted for administrative advice and assistance. Trusting and dependable; stepped up to take over Task Management Tracking, learned program quickly--zero late. Selfless volunteer. Registrar for AFCEA Golf Tournament and volunteers off-duty hours to the Gloucester-Mathews Care Clinic. In tune with the pulse of the unit, keeps the Commander and Deputy up on issues affecting the squadron.

**7. PERFORMANCE ELEMENT NARRATIVE** *(Completed by Rating Official - limited to 2,000 characters)*

Ms. Holt was fully successful in meeting expectations on teamwork and communications. She regularly cooperated with coworkers and others in meeting commitments and accomplishing assigned work on time and shared information freely. She fostered productive and cooperative working relationships by showing understanding, courtesy, tact, and politeness to others. Ms. Holt responded constructively to feedback and consistently raised concerns in a constructive manner. She addressed all queries from Squadron or higher level leadership by COB of same day and elevated issues to the appropriate level for action within one day of their appearance.
Ms Holt is well respected at higher HQ and is often consulted for administrative advice and assistance. Also, she volunteered to take over the unit's Task Management Tracking responsibility which she learned quickly, helping to keep an uninterrupted flow for this important correspondence. She is in tune with the pulse of the unit and keeps the squadron leadership informed on issues affecting the squadron.

**8. ELEMENT RATING** *(X one)*:

| ☐ 5 - OUTSTANDING *(Requires justification)* | ☒ 3 - FULLY SUCCESSFUL | ☐ 1 - UNACCEPTABLE *(Requires justification)* | ☐ NR - NOT RATED |
|---|---|---|---|

*** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW(S), AND APPRAISAL**

| EMPLOYEE NAME: *(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID NUMBER: 1229599824 | APPRAISAL YEAR *(YYYY)*: 2018 |
|---|---|---|---|

**PART E - PERFORMANCE RATING SUMMARY**
*(Completed by Rating Official/Supervisor - copy Part D blocks 2, 3, and 8.)*

| a. ELEMENT NUMBER | b. ELEMENT TITLE | c. ELEMENT RATING *(5, 3, or 1)* *(X box if Not Rated)* | |
|---|---|---|---|
| 1 | Administrative | 3 - Fully Successful | ☐ NR |
| 2 | Document Review | 5 - Outstanding | ☐ NR |
| 3 | Personnel | 5 - Outstanding | ☐ NR |
| 4 | Teamwork and Communication | 3 - Fully Successful | ☐ NR |
| 5 | | | ☐ NR |
| 6 | | | ☐ NR |
| 7 | | | ☐ NR |
| 8 | | | ☐ NR |
| 9 | | | ☐ NR |
| 10 | | | ☐ NR |

| | | | |
|---|---|---|---|
| **SUMMARY RATING:** Obtain by adding the values in the Performance Element Rating column and dividing by the number of rated elements (round to the nearest tenth). Enter result in block A1. | | A1 | 4.0 |
| **RATING OF RECORD:** Obtain by using the Summary Rating against the chart below to determine Summary Level. | | A2 | 3 - Fully Successful |

**SUMMARY LEVEL CHART**

| Range | Summary Level | Rating of Record | Summary Level Rating Criteria |
|---|---|---|---|
| 4.3 - 5.0 | Outstanding | 5 | The summary rating of all element ratings of 4.3 or greater results in a rating of record of "5" - Outstanding, with no element rated "1" - Unacceptable. |
| 3.0 - 4.2 | Fully Successful | 3 | The summary rating of all element ratings of between 4.2 and 3.0 results in a rating of record of "3" - Fully Successful, with no element rated "1" - Unacceptable. |
| 2.9 or lower | Unacceptable | 1 | Any element rated as "1" - Unacceptable. |

When a rating on any element is "1" - Unacceptable, the overall Rating of Record shall be "1" - Unacceptable, regardless of the Summary Rating.

Provide a copy of all pages to employee. Supervisor retains original copy of all pages for records.

*** Working Copy ***

**DEPARTMENT OF DEFENSE**
**CIVILIAN PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL**

| EMPLOYEE NAME:<br>*(Last, First, Middle Initial)* | Holt, Michelle M | DoD ID<br>NUMBER: | 1229599824 | APPRAISAL<br>YEAR *(YYYY)*: | 2018 |
|---|---|---|---|---|---|

**CONTINUATION SHEET #** _____
*(If additional space is needed for general information, progress reviews, or responses, use this page and duplicate as needed.*
*Each continuation sheet and item being continued must be numbered.)*

---

DD FORM 2906, MAR 2016          PREVIOUS EDITION IS OBSOLETE          Page 5 of 5 Pages

*** Working Copy ***

26 Feb 2019

Your Honor,

It is with great shame and remorse that I send this letter to you.  I am truly sorry for committing the crimes I plead guilty to.  I accept full responsibility.  I used extremely poor judgment and made a huge mistake which I will be sorry for for the rest of my life.

As you read from my pre-sentencing report and the letters that were written on my behalf up until I was 9 years old, I had a horrific life.  I am not using that as a crutch or an excuse.  I would just like to reiterate that my Mom is 97 years old.  And it is hard to say how much time she has left.  It would be devastating to me and her if I was sent to prison and something happened to her while I was there.  I would just like the chance to be able to continue help take care of her and to be able to spend time with her like I do now.

I also have a job working in child care that I absolutely love.  I had a very hard time finding a job when I resigned from my position with the Dept of Defense and I am very grateful for this position.  Right now, I am working as the lead teacher because the previous 2 teachers both moved on to other jobs and I have been the stability that the children in my class have had.  I have 16 of the most precious and amazing children in my class that you will ever meet, and I absolutely love being part of their lives every day.  It is very upsetting to me that I will go to court on 13 Mar 19 and might not be able to go back to teach them the next day.  I know children are resilient, but I hate to put them through losing a 3rd teacher.

I know that being sent to prison is the recommended punishment for the crimes I have committed.  I am just begging for the court's mercy.  I want very much to continue being a productive member of society and to be able continue working so I can make restitution.  I am just begging for leniency.

Thank you for your time Your Honor,


Michelle Holt

February 21, 2019

I am writing this on behalf of Michelle Holt. I am her grandmother and legally raised her from 9 years old. Michelle was never a problem child. She was a good student and perfect teenager, no smoking or drinking. She attended church regularly.

I am 97 years old and in a wheelchair and have been advised by my doctor not to attend the hearing. I don't know how many months or years I have left, but I don't want to spend them with Michelle being in prison. She has a job that she truly loves and the company she works for truly love her and has plans for her to advance in the company and I would like to see her continue with that job and continue to be a productive member of society.

I am certainly saying prayers for her for whatever reason this happened to Michelle and trust God to be forgiving. Thank you.

Vivian R. Vail
207 Pinehill Drive
Hallieford, VA 23068

February 20, 2019

Re: Michelle Holt

Your honor,

    My name is Deborah Young, a retired school teacher and aunt to Michelle Holt. Michelle is one of three daughters to my late older sister.  In spite of being born into a dysfunctional family; a mother with mental health issues, a dead beat, child molester father (I know this, for I was a victim) who physically abused her, Michelle grew into a loving, caring person.  From her adolescence, she was raised by my parents—my 97 year old mom who's still living.  While not the perfect situation, they did their best to raise her.  They were in their sixties when they took responsibility of raising my sister's three children.  As my parents have aged, Michelle has been helpful providing transport to doctor appointments, running errands and generally helping to care for them.  Michelle has a very caring side.  I've seen how she interacts with my grandchildren.  She is tender and patient with the children as well as my 97 yr. old mom.  Michelle helped her own mother out of many situations when her mom couldn't or wouldn't help herself.

    I am aware that Michelle has embezzled money and by no means condone her actions. I also believe that in some way she was looking for some happiness that has seemed to escape her through the years.  I believe Michelle is truly sorry for her actions and bad decisions and wants to rectify her mistakes.  My hope is that Michelle can obtain some therapy and counseling to help her move forward with her life in a positive way.  I know if given the right opportunity she has much to contribute to society.

Thank you for your time,

Sincerely,
Deborah Young
804-347-3819

To whom it may concern,

Michelle Holt is my sister-in-law. I have been married to her twin sister for nearly 18 years. I know Michelle well. She has always been a straightforward, honorable person, and a productive member of society. I was surprised to learn about her actions regarding the fraudulent pay. That was a terrible mistake on her part, and one she will regret the rest of her life. I know she is extremely remorseful. Hardly a day goes by without her having crying spells and feelings of depression. There have been periods of uncontrollable crying and shaking. She has been sick (cold, sinus) for what seems like months now, and she has lost weight. All, I believe, caused by the mental anguish she is suffering. I know because she has spent many evenings with my wife and I, afraid to go home and be by herself. She has beaten herself up mentally. She will never have a normal life again.

She has found a new job working with kids, and enjoys it. I would like to ask you for leniency, so that she can continue with her new job, be a productive member of society, and begin paying restitution.

Sincerely,

Allen E. Hudgins

February 20, 2019

To: Whom it May Concern

I am writing this letter on behalf of my friend Michele Holt.
We have been friends for the last 10 or so years and I find
Michele as a thoughtful and caring person.  She is dedicated
to her family and friends.  Always there with a shoulder to
lean on and an ear to listen.

Looking in from the outside I have never seen anyone so
involved with their family.  Mrs. Vail her Grandmother is
always her top priority.  Michele and her sister Connie do so
much for Mrs. Vail it simply amazes me their dedication.

I am older and didn't know Michele at a young age.  I do
know her life was tough until her Grandmother took her in
and taught her the meaning of family and life in general.
She has a gentle heart, shows respect to others and I know
for sure she deserves a second chance.

Sincerely,
Dianne Hudgins
Dianne Hudgins

7261 Clements Ave.
Gloucester, VA 23061
February 21, 2019

To Whom It May Concern:

This letter is on behalf of Michelle Holt, who I have known for forty years. Michelle was my neighbor when I moved to Hallieford, VA in 1978. As a teenager, Michelle babysat my young children, often staying overnight at my house, on late nights, when we were on a bowling league. I trusted Michelle not only as a caregiver to my girls, but also to be in my home, in my absence. She always abided in that trust. I can honestly say I never had any concerns about the relationship she has had with me and my family.

Michelle was raised by her grandparents, Vivian and Edison Vail. The family introduced me to Mathews Chapel United Methodist Church, where we became members of that church family. The Vail household has been close to my heart ever since we met. Vivian and Ed were like a second set of parents to me. They were mentors throughout my life, always having high expectations for their children and grandchildren, and others in our community. They have both served as leaders both in our church and community in various roles. Ed was a World War II veteran and served his country well.

I have been in touch with Michelle, over the years, at her grandparents' gatherings and through our contacts in the community. I have no reservations concerning the trust I have had in our relationship, and am happy to write this letter on her behalf.

Sincerely,

Nancy C. Keenan
Retired School
Counselor, Gloucester County Public Schools

February 28, 2019

To whom it may concern,

I am writing this to try to give you a better understanding of the person you are about to sentence.

I was a pharmacist in a retail store in Mathews County for about forty years, having just retired in 2016. Michelle Holt became a member of our family in 2001 when her twin sister married my husband's brother, so she is sort of an extended sister-in-law. Ever since then she has been a true and active member of the family, joining us at almost every family gathering where she was always very sweet and eager to be helpful.

Since she never married, her extended family meant everything to her. She doted on her nieces and nephews and included my children and even grandchildren as if they were her own.

Once when tropical storm Ernesto came through, much of Mathews was flooded and I was stranded at work. Michelle lived near my place of work at the time and allowed me to stay with her until the storm died down. Then she drove me home through flooded streets to my children. I would never have made it, but she was selfless and put my troubles before hers.

I know it doesn't matter to the law what the reason was for her taking the money...only that it was taken, but there should be a distinction in the punishment between people who steal for selfish gain as opposed to someone like Michelle, who has never shown any appearance of wealth. She has never had anything extravagant. She was making payments on a small house, which she has now lost, and a car to get to work; so there was nothing fancy or any big purchases ever in the whole time I have known her.

Michelle is a kind, basically very good person who made a mistake; a mistake which was allowed to compound and grow for so long because the Air Force made it so easy to do by not having proper checks and balances. My husband worked for NASA for forty years and he said this kind of thing could never have happened there due to tighter security. I know this is no excuse, but it was laxness in the way the Air Force handled funds that allowed the case to be so big. That is another reason I think the punishment should be lighter.

Michelle is not a tough criminal. She had a good up-bringing with plenty of loving family around. She was raised by her grandparents. Her grandfather, a WWII veteran who "flew the hump" during the war, died a few years ago, but her grandmother is still living and Michelle knows her actions have wounded her beyond words.

Michelle is ashamed and mortified to the bottom of her soul. She knows she has hurt her family deeply, the family that means everything to her, and lost friends she can never face again. She has already been, and will continue to be for the rest of her life, punished by regret for her actions. I hope you can find it in your heart to please not put this sensitive, ashamed person in prison, but give her the most lenient sentence possible. Prison time would serve no purpose. It is not going to "teach her a lesson"; she has already learned that lesson well and is so very sorry. Perhaps some community service would give back to humanity instead of just costing the tax-payers more and destroying what is left of this sweet, kind, thoughtful, intelligent, sensitive person.

I thank you for your time and deliberation.

Sincerely,

Carol Hudgins

Carol Hudgins