FILED: October 27, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7596
(4:18-cr-00093-RAJ-RJK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MICHELLE M. HOLT

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:18-cr-00093-RAJ-RJK-1 |
| Date notice of appeal filed in originating court: | 10/22/2020 |
| Appellant(s) | Michelle Holt |
| Appellate Case Number | 20-7596 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |